**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| RED REEF ALTERNATIVE INVESTMENTS, LLC and EMERGENT CAPITAL, INC.,[1] | Case No. 20-12602 (BLS) |
| | (Joint Administration Requested) |
| Debtors. | |

**VERIFIED STATEMENT PURSUANT TO**
**BANKRUPTCY RULE 2019**

Faegre Drinker Biddle & Reath LLP ("Faegre Drinker") hereby makes the following

verified statement (the "Verified Statement"), pursuant to rule 2019 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), in connection with Faegre Drinker's

representation, in the Chapter 11 Cases of the above-captioned affiliated debtors-in-possession

(collectively, the "Debtors"), of certain beneficial holders, or investment advisors or managers

with discretionary authority for the funds and/or accounts of beneficial holders, (collectively, the

"Ad Hoc Group of Senior Secured Noteholders")[2] of the secured notes issued under that certain

indenture, dated as of July 28, 2017 (as amended, supplemented, or modified from time to time,

the "Senior Secured Notes Indenture"):

1.    Beginning in February 2020, the Ad Hoc Group of Senior Secured Noteholders

retained Faegre Drinker to represent them in connection with a potential restructuring of the

Debtor's obligations under the Senior Secured Notes Indenture.

---

[1] The last four digits of Emergent Capital, Inc.'s taxpayer identification number are (3473). The location of the Debtors' service address for purposes of this case is 1200 North Federal Highway, Suite 200, Boca Raton, FL 33432.

[2] Certain of the Ad Hoc Group of Senior Secured Noteholders hold equity interests in Emergent Capital, Inc. in the amounts set forth in Exhibit A attached hereto.

2.      The Ad Hoc Group of Senior Secured Noteholders holds disclosable economic interests or acts as investment managers or advisors with discretionary authority to funds and/or accounts that hold disclosable economic interest in relation to the Debtor.  In accordance with Bankruptcy Rule 2019 and based upon information provided to Faegre Drinker by each of the members of the Ad Hoc Group of Senior Secured Noteholders, attached hereto as Exhibit A is a list of the names, addresses, nature, and amount of all disclosable economic interests of each of the members of the Ad Hoc Group of Senior Secured Noteholders in relation to the Debtor.

3.      As of the date of this Verified Statement, Counsel represents only the Ad Hoc Group of Senior Secured Noteholders in connection with the Senior Secured Notes Indenture and does not represent or purport to represent any entity or entities other than the Ad Hoc Group of Senior Secured Noteholders in connection with the Debtors' Chapter 11 Cases.

4.      Nothing contained in this Verified Statement (or the Exhibit hereto) should be construed as a limitation upon, or waiver of, any rights of the Ad Hoc Group of Senior Secured Noteholders to assert, file, and/or amend any claim or proof of claim filed in accordance with applicable law and any orders entered in these Chapter 11 Cases.

5.      Faegre Drinker reserves the right to amend this Verified Statement as necessary in accordance with the requirements set forth in Bankruptcy Rule 2019.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated: October 15, 2020
Wilmington, Delaware

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Brett D. Fallon*
Brett D. Fallon (Del. Bar No. 2480)
222 Delaware Ave., Suite 1410
Wilmington, DE 19801-1621
Telephone: (302) 467-4224
Facsimile: (302) 467-4201
brett.fallon@faegredrinker.com

- and -

Laura A. Appleby (*pro hac vice* pending)
Kyle R. Kistinger (*pro hac vice* pending)
1177 Avenue of the Americas, 41st Floor
New York, NY 10036-2714
Telephone: (212) 248-3140
Facsimile: (212) 248-3141
laura.appleby@faegredrinker.com
kyle.kistinger@faegredrinker.com

*Counsel for the Ad Hoc Group of Senior Secured Noteholders*

## EXHIBIT A

| NAME[3] | ADDRESS | NATURE AND AMOUNT OF DISCLOSABLE ECONOMIC INTERESTS[4] |
|---|---|---|
| Brennan Opportunities Fund I LP | 1 Sea Breeze Court Napa, California 94559 | Senior Secured Notes: $6,603,557.00<br><br>Common Shares: 10,200,000 |
| Evermore Global Advisors, LLC | 89 Summit Avenue Summit, New Jersey 07901 | Senior Secured Notes: $18,845,048.00<br><br>Common Shares: 23,685,000<br><br>Unvested Warrants: 6,157,822 |
| Opal Sheppard Opportunities Fund I, LLC | 500 108th Avenue NE, Suite 1100 Bellevue, Washington 98004 | Senior Secured Notes: $4,650,448.07<br><br>Common Shares: 10,000,000<br><br>Unvested Warrants: 2,000,000 |
| Opal Capital Partners, LLC | 500 108th Avenue NE, Suite 1100 Bellevue, Washington 98004 | Common Shares: 510,000 |

---

[3] The members of the Ad Hoc Group of Senior Secured Noteholders are listed here either (i) as entities that hold disclosable economic interests directly or (ii) on behalf of certain of their affiliates or affiliated investment funds or investment funds, accounts, vehicles or other entities that hold disclosable economic interests that are advised or managed by the members of the Ad Hoc Group of Senior Secured Noteholders.

[4] To the best of Faegre Drinker's knowledge, the information included herein is accurate as of the date hereof.  The debt amounts set forth herein include only outstanding principal amounts and do not include accrued or unpaid interest or other amounts that may be owing under the applicable debt documents.