**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| RED REEF ALTERNATIVE INVESTMENTS, LLC and EMERGENT CAPITAL, INC.,[1] | Case No. 20-12602 (BLS) |
| Debtors. | (Joint Administration Pending) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the attorneys listed below enter their appearances (this "Notice of Appearance") as counsel to certain holders of the 5.0% Senior Unsecured Convertible Notes due 2023 (the "Convertible Noteholders"), pursuant to sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that all notices given or required to be given in the chapter 11 cases (collectively, the "Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), and all papers served or required to be served in the Chapter 11 Cases, be given and served upon:

| | |
|---|---|
| **STROOCK & STROOCK**<br>**& LAVAN LLP**<br>Brett Lawrence<br>Matthew G. Garofalo<br>Emily L. Kuznick<br>180 Maiden Lane<br>New York, New York 10038-4982<br>Telephone:  (212) 806-5400<br>Facsimile:  (212) 806-6006<br>Email:  blawrence@stroock.com<br>        mgarofalo@stroock.com<br>        ekuznick@stroock.com | **YOUNG CONAWAY**<br>**STARGATT & TAYLOR, LLP**<br>Matthew B. Lunn<br>Robert F. Poppiti, Jr.<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>CM/ECF Noticing: bankfilings@ycst.com<br>Email:  mlunn@ycst.com<br>        rpoppiti@ycst.com |

---

[1]  The last four digits of each Debtor's taxpayer identification number are: Red Reef Alternative Investments, LLC (0302) and Emergent Capital, Inc. (3473). The location of the Debtors' service address for purposes of these cases is 1200 North Federal Highway, Suite 200, Boca Raton, FL 33432.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand is not only for the notices and papers referred to in the sections of the Bankruptcy Code and the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders and notices of any application, motion, petition, complaint, demand, request, or other pleading in the Chapter 11 Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically, or otherwise filed with or delivered to the Bankruptcy Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001), which affects the Debtors or their property or the Convertible Noteholders.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance, nor any later appearances, pleadings, proofs of claim, claims, or suits filed in the Chapter 11 Cases, shall be deemed or construed as a waiver:  (i) of any rights of the Convertible Noteholders to (a) have final orders in any non-core matters entered only after de novo review by a District Judge, (b) trial by jury in any proceeding so triable in the Chapter 11 Cases or any case, controversy, or proceeding related to the Chapter 11 Cases, or (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (ii) of any other rights (including setoff and recoupment), claims, actions, and defenses of the Convertible Noteholders either in law or in equity, under any agreements or otherwise, all of which rights, claims, actions, and defenses are expressly reserved.

27197263.1

Dated:  October 15, 2020
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Matthew B. Lunn*
Matthew B. Lunn (No. 4119)
Robert F. Poppiti, Jr. (No. 5052)
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:  mlunn@ycst.com
       rpoppiti@ycst.com

-and-

STROOCK & STROOCK & LAVAN LLP
Brett Lawrence
Matthew G. Garofalo
Emily L. Kuznick
180 Maiden Lane
New York, New York 10038-4982
Telephone:  (212) 806-5400
Facsimile:  (212) 806-6006
Email:  blawrence@stroock.com
       mgarofalo@stroock.com
       ekuznick@stroock.com

*Attorneys for the Convertible Noteholders*

27197263.1