**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RED REEF ALTERNATIVE INVESTMENTS, LLC | ) | Case No. 20-12602 (BLS) |
| and EMERGENT CAPITAL, INC., | ) | |
| | ) | (Joint Administration Requested) |
| Debtors. | | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Maxim B. Litvak of Pachulski Stang Ziehl & Jones LLP, to represent the debtors and debtors in possession, in the above-captioned proceeding.

Dated: October 15, 2020              */s/ Colin R. Robinson*
                                     Colin R. Robinson (DE Bar No. 5524)
                                     Pachulski Stang Ziehl & Jones LLP
                                     919 North Market Street, 17th Floor
                                     Wilmington, DE  19899-8705 (Courier 19801)
                                     Telephone:(302) 652-4100
                                     Facsimile:   (302) 652-4400
                                     Email:  crobinson@pszjlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of California and Texas, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these actions.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: October 15, 2020              */s/ Maxim B. Litvak*
                                     Maxim B. Litvak (CA Bar No. 215852)
                                     Pachulski Stang Ziehl & Jones LLP
                                     150 California Street, 15th Floor
                                     San Francisco, CA  94111
                                     Telephone: (415) 263-7000
                                     Facsimile:  (415) 263-7010
                                     Email:  mlitvak@pszjlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: October 15th, 2020**                         **BRENDAN L. SHANNON**
**Wilmington, Delaware**                              **UNITED STATES BANKRUPTCY JUDGE**