## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RED REEF ALTERNATIVE INVESTMENTS, LLC | ) | Case No. 20-12602 (BLS) |
| and EMERGENT CAPITAL, INC., | ) | |
| | ) | (Joint Administration Requested) |
| Debtors. | | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Carol W. Sherman of Kelley Drye & Warren LLP, to represent the debtors and debtors in possession, in the above-captioned proceeding.

Dated:  October 15, 2020         */s/ Colin R. Robinson*
                                 Colin R. Robinson (DE Bar No. 5524)
                                 Pachulski Stang Ziehl & Jones LLP
                                 919 North Market Street, 17th Floor
                                 Wilmington, DE  19899-8705 (Courier 19801)
                                 Telephone:(302) 652-4100
                                 Facsimile:   (302) 652-4400
                                 Email:  crobinson@pszjlaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York and Connecticut, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these actions.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  October 15, 2020         */s/ Carol W. Sherman*
                                 Carol W. Sherman
                                 Kelley Drye & Warren LLP
                                 101 Park Avenue
                                 New York, New York 10178
                                 Tel: (212) 808-7800
                                 Fax: (212) 808-7897
                                 Email:  csherman@kelleydrye.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: October 15th, 2020**
**Wilmington, Delaware**