**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>RED REEF ALTERNATIVE INVESTMENTS,<br>LLC and EMERGENT CAPITAL, INC.,[1]<br><br>                      Debtors. | ) Chapter 11<br>)<br>) Case No. 20-12602 (BLS)<br>) Jointly Administered<br>)<br>) **Ref. Docket Nos. 5, 6**<br>) **Hearing: November 16, 2020 at 1:30 p.m. (ET)**<br>) **Objection Deadline: November 9, 2020 at 4:00 p.m. (ET)** |

**NOTICE OF HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT
FOR DEBTOR EMERGENT CAPITAL, INC.' PLAN OF REORGANIZATION**

       **PLEASE TAKE NOTICE** that, on October 15, 2020, Emergent Capital, Inc. (the "Debtor") filed the (i) *Debtor Emergent Capital, Inc.'s Plan of Reorganization* [Docket No. 5] (as it may be amended, the "Plan") and (ii) *Disclosure Statement for Debtor Emergent Capital, Inc.'s Plan of Reorganization* [Docket No. 6] (the "Disclosure Statement"), pursuant to section 1125 of title 11 of the United States Code (the "Bankruptcy Code").

       **PLEASE TAKE FURTHER NOTICE** that:

       1.    A hearing (the "Hearing") to consider approval of the Disclosure Statement will be held before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, on **November 16, 2020 at 1:30 p.m. (prevailing Eastern Time)** in Courtroom No. 1 of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 Market Street, 6th Floor, Wilmington, Delaware 19801.  The hearing may be continued from time to time by announcing such continuance in open court or otherwise, without further notice to parties in interest.  Debtor Emergent Capital, Inc. (the "Debtor") will provide further notice of the date and time scheduled to consider confirmation of the Plan.

       2.    The Disclosure Statement and the Plan are on file with the Clerk of the Bankruptcy Court (the "Clerk") and may be examined by interested parties on the Bankruptcy Court's electronic docket for the Debtor's chapter 11 case, which can be found at http://deb.uscourts.gov (a PACER login and password are required to access documents on the Bankruptcy Court's website and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov).

       3.    Copies of the Plan and Disclosure Statement are available free of charge at http://www.kccllc.net/emergent.  Further, copies of the Disclosure Statement and the Plan may be obtained, free of charge, by written request to counsel for the Debtor at the address set forth below:

---

[1] The last four digits of each Debtor's taxpayer identification number are:  Red Reef Alternative Investments, LLC (0302) and Emergent Capital, Inc. (3473).  The location of the Debtors' service address for purposes of these cases is 1200 North Federal Highway, Suite 200, Boca Raton, FL 33432.

Colin R. Robinson, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P O Box 8705
Wilmington, DE 19801
Tel: (302) 652-4100
Email: crobinson@pszjlaw.com

4.  Responses and objections, if any, to the approval of the Disclosure Statement or any of the other relief sought by the Debtor in connection with approval of the Disclosure Statement must (a) be in writing, (b) state the name and address of the objecting party and the amount and nature of the claim of such party, (c) state with particularity the basis and nature of any objection or response and include, where appropriate, proposed language to be incorporated into the Disclosure Statement to resolve any such objection or response, (d) conform to the Bankruptcy Rules and the Local Rules, (e) be filed with the Bankruptcy Court (contemporaneously with a proof of service) and served upon the following parties: (i) the Debtor, Emergent Capital, Inc., 1200 North Federal Highway, Suite 200, Boca Raton, FL 33432, Attn: Miriam Martinez, Chief Financial Officer (mmartinez@emergentcapital.com); (ii) counsel to the Debtor, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19899-8705 (Courier 19801), Attn: Richard M. Pachulski, Maxim B. Litvak, and Colin R. Robinson (rpachulski@pszjlaw.com; mlitvak@pszjlaw.com; crobinson@pszjlaw.com); (iii) counsel to the Supporting Senior Secured Noteholders, Faegre Drinker Biddle & Reath LLP, 1177 Avenue of the Americas, 41st Floor, New York, NY 10036, Attn: James H. Millar and Laura E. Appleby, (james.millar@faegredrinker.com; laura.appleby@faegredrinker.com) and Faegre Drinker Biddle & Reath LLP, 222 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn: Brett Fallon (brett.fallon@faegredrinker.com); (iv) counsel to the Supporting Convertible Unsecured Noteholders, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038, Attn: Brett Lawrence and Matthew G. Garofalo (blawrence@stroock.com; mgarofalo@stroock.com) and Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Matthew B. Lunn (mlunn@ycst.com); and (v) the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Juliet M. Sarkessian (juliet.m.sarkessian@usdoj.gov), so they are actually received on or before **4:00 p.m. (prevailing Eastern Time) on November 9, 2020**.

5.  IF ANY OBJECTION TO THE DISCLOSURE STATEMENT IS NOT FILED AND SERVED STRICTLY AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE DISCLOSURE STATEMENT AND MAY NOT BE HEARD AT THE HEARING.

6.  Upon approval of the Disclosure Statement by the Bankruptcy Court, holders of claims against the Debtor who are entitled to vote on the Plan will receive a copy of the Disclosure Statement, the Plan, and various documents related thereto, unless otherwise ordered by the Bankruptcy Court.

7.  The Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by an announcement in Bankruptcy Court of such adjournment on the date scheduled for the Hearing or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtor with the Bankruptcy Court.

| | |
|---|---|
| Dated: October 16, 2020 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Colin R. Robinson* |
| | Richard M. Pachulski (CA Bar No. 62337) |
| | Maxim B. Litvak (CA Bar No. 215852) |
| | Colin R. Robinson (DE Bar No. 5524) |
| | 919 North Market Street, 17th Floor, P.O. Box. 8705 |
| | Wilmington, Delaware 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile:  (302) 652-4400 |
| | E-mail:    rpachulski@pszjlaw.com |
| |            mlitvak@pszjlaw.com |
| |            crobinson@pszjlaw.com |
| | |
| | *Proposed Counsel for Emergent Capital, Inc.,* |
| | *Debtor and Debtor in Possession* |