**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| RED REEF ALTERNATIVE | ) Case No. 20-12602 (BLS) |
| INVESTMENTS, LLC and EMERGENT | ) |
| CAPITAL, INC.,[1] | ) Jointly Administered |
|  | ) |
| Debtors. | ) **Ref. Docket Nos. 2 and 36** |

**NOTICE OF ENTRY OF ORDER DIRECTING JOINT ADMINISTRATION OF
RELATED CHAPTER 11 CASES FOR PROCEDURAL PURPOSES ONLY**

**PLEASE TAKE NOTICE** that on October 15, 2020, the above-captioned debtors

and debtors in possession (collectively, the "Debtors"), each filed a voluntary petition for relief

under chapter 11 of title 11 of the United States Code with the Clerk of the United States

Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Debtors presented certain first-

day motions at a hearing before the Honorable Brendan L. Shannon at the Bankruptcy Court on

October 16, 2020.  The Bankruptcy Court entered relief on the *Debtors' Motion for Order*

*Directing Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only*

[Docket No. 2], attached hereto as **Exhibit 1**, and entered the *Order Directing Joint Administration*

*of Related Chapter 11 Cases for Procedural Purposes Only* [Docket No. 36], attached hereto as

**Exhibit 2**.

---

[1] The last four digits of each Debtor's taxpayer identification number are:  Red Reef Alternative Investments, LLC (0302) and Emergent Capital, Inc.'s (3473).  The location of the Debtors' service address for purposes of these cases is 1200 North Federal Highway, Suite 200, Boca Raton, FL 33432.

Dated: October 16, 2020                    PACHULSKI STANG ZIEHL & JONES LLP

                                            */s/ Colin R. Robinson*
                                            Richard M. Pachulski (CA Bar No. 62337)
                                            Maxim B. Litvak (CA Bar No. 215852)
                                            Colin R. Robinson (DE Bar No. 5524)
                                            919 North Market Street, 17th Floor
                                            P.O. Box. 8705
                                            Wilmington, Delaware 19899-8705 (Courier 19801)
                                            Telephone: (302) 652-4100
                                            Facsimile:  (302) 652-4400
                                            E-mail:     rpachulski@pszjlaw.com
                                                        mlitvak@pszjlaw.com
                                                        crobinson@pszjlaw.com

                                            *Proposed Counsel for the Debtors*
                                            *and Debtors in Possession*