# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RED REEF ALTERNATIVE INVESTMENTS, LLC and EMERGENT CAPITAL, INC.,[1]<br><br>                               Debtors. | Chapter 11<br><br>Case No. 20-12602 (BLS)<br><br>Jointly Administered<br><br>**Ref. Docket Nos. 4 and 37** |

## NOTICE OF ENTRY OF ORDER AUTHORIZING CONTINUED MAINTENANCE OF EXISTING DEPOSIT ACCOUNT AND GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that on October 15, 2020, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code with the Clerk of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Debtors presented certain first-day motions at a hearing before the Honorable Brendan L. Shannon at the Bankruptcy Court on October 16, 2020. The Bankruptcy Court entered relief on the *Debtor Emergent Capital Inc.'s Motion for Order Authorizing Continued Maintenance of Existing Deposit Account and Granting Related Relief* [Docket No. 4], attached hereto as **Exhibit 1**, and entered the *Order Authorizing Continued Maintenance of Existing Deposit Account and Granting Related Relief* [Docket No. 37], attached hereto as **Exhibit 2**.

---

[1] The last four digits of each Debtor's taxpayer identification number are: Red Reef Alternative Investments, LLC (0302) and Emergent Capital, Inc.'s (3473). The location of the Debtors' service address for purposes of these cases is 1200 North Federal Highway, Suite 200, Boca Raton, FL 33432.

| | |
|---|---|
| Dated: October 16, 2020 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ Colin R. Robinson* |
| | Richard M. Pachulski (CA Bar No. 62337) |
| | Maxim B. Litvak (CA Bar No. 215852) |
| | Colin R. Robinson (DE Bar No. 5524) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box. 8705 |
| | Wilmington, Delaware 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile:  (302) 652-4400 |
| | E-mail:    rpachulski@pszjlaw.com |
| | mlitvak@pszjlaw.com |
| | crobinson@pszjlaw.com |
| | |
| | *Proposed Counsel for the Debtors and Debtors in Possession* |