# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| RED REEF ALTERNATIVE INVESTMENTS, LLC and EMERGENT CAPITAL, INC.,[1] | ) Case No. 20-12602 (BLS) |
| | ) Jointly Administered |
| Debtors. | ) |

## CERTIFICATE OF SERVICE

I, Colin R. Robinson, hereby certify that on the 16th day of October, 2020, I caused a copy of the documents listed below to be served on the individuals on the attached service list in the manner indicated:

- Notice of Hearing on Debtor Emergent Capital, Inc.'s Motion for Entry of an Order (I) Approving Adequacy of Disclosure Statement; (II) Scheduling Hearing on Confirmation of Plan of Reorganization and the Assumption of Executory Contracts and Cure Amounts; (III) Fixing the Deadlines to Object to Plan and Proposed Assumption or Rejection of Executory Contracts and Cure Amounts; (IV) Approving Solicitation Procedures and Form and Manner of Notice Related Thereto; and (V) Granting Related Relief

Dated: October 16, 2020

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Colin R. Robinson (DE Bar No. 5524)
919 N. Market Street, 17th Floor
P O Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
E-mail: crobinson@pszjlaw.com

*Attorneys for Debtors and Debtors in Possession*

---

[1] The last four digits of each Debtor's taxpayer identification number are:  Red Reef Alternative Investments, LLC (0302) and Emergent Capital, Inc.'s (3473).  The location of the Debtors' service address for purposes of these cases is 1200 North Federal Highway, Suite 200, Boca Raton, FL 33432.

DOCS_DE:231138.1 23629/001

Red Reef and Emergent 2002 Service List
EXPEDITED
Case No. 20-12602 (BLS)
Document No. 231086v3
04 – First Class Mail
16 – Electronic Mail (Email)

**FIRST CLASS MAIL**
(Convertible Unsecured Notes Trustee)
U.S. Bank National Association
Attention: Corporate Trust
One Federal Street, 10th Floor
Boston, MA  02110

**FIRST CLASS MAIL**
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
2970 Market Street (Zip 19104)
Mail Stop 5-Q30.133
Philadelphia, PA  19101

**FIRST CLASS MAIL**
*(US Trustee)*
Juliet Sarkessian
211 East Meade Street
Philadelphia, PA  19118

**FIRST CLASS MAIL**
U.S. Securities and Exchange Commission
Attn:  Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA  90071-9591

**ELECTRONIC MAIL**
*(Proposed Counsel for the Debtors and Debtors in Possession)*
Richard M. Pachulski, Esquire
Maxim B. Litvak, Esquire
Colin R. Robinson, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
PO Box. 8705
Wilmington, DE  19899-8705 (Courier 19801)
Email:  rpachulski@pszjlaw.com;
mlitvak@pszjlaw.com;
crobinson@pszjlaw.com

**ELECTRONIC MAIL**
*(US Trustee)*
Juliet Sarkessian, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street #2207
Lockbox 35
Wilmington, DE  19801
Email: juliet.m.sarkessian@usdoj.gov

**ELECTRONIC MAIL**
(Counsel to the Supporting Senior Secured Noteholders)
Faegre Drinker Biddle & Reath LLP
Brett D. Fallon, Esquire
222 Delaware Avenue
Suite 1410
Wilmington, DE  19801
Email:  brett.fallon@faegredrinker.com

**ELECTRONIC MAIL**
(Counsel to Senior Secured Notes Trustee)
K&L Gates LLP
Andy Skouvakis, Esquire
Scott E. Waxman, Esquire
Stacey E. Roberts, Esquire
600 N. King Street, Suite 901
Wilmington, DE  19801
Email:  andy.skouvakis@klgates.com;
Scott.Waxman@klgates.com;
Stacey.Roberts@klgates.com

**ELECTRONIC MAIL**
*(DE Counsel to Supporting Convertible Unsecured Noteholders)*
Young Conaway Stargatt & Taylor, LLP
Matthew B. Lunn, Esquire
Robert F. Poppiti, Jr., Esquire
Rodney Square
1000 North King Street
Wilmington, DE 198901
Email:  mlunn@ycst.com;
rpoppiti@ycst.com

**ELECTRONIC MAIL**
*(Counsel to the Supporting Senior Secured Noteholders)*
Faegre Drinker Biddle & Reath LLP
James H. Millar, Esquire
Laura E. Appleby, Esquire
Kyle R. Kistinger, Esquire
1177 Avenue of the Americas, 41st Floor
New York, NY  10036
Email:  james.millar@faegredrinker.com ;
laura.appleby@faegredrinker.com;
kyle.kistinger@faegredrinker.com

**ELECTRONIC MAIL**
(Senior Secured Notes Trustee)
Wilmington Trust, N.A., as Indenture Trustee
Attention: Capital Markets Insurance Services
300 Park Street, Suite 390
Birmingham, MI  48009
Email:
SpecializedInsurance@wilmingtontrust.com

**ELECTRONIC MAIL**
(Counsel to the Supporting Convertible Unsecured Noteholders)
Stroock & Stroock & Lavan LLP
Brett Lawrence, Esquire
Matthew G. Garofalo, Esquire
Emily L. Kuznick, Esquire
180 Maiden Lane
New York, NY  10038-4982
Email:  blawrence@stroock.com;
mgarofalo@stroock.com;
ekuznick@stroock.com

**ELECTRONIC MAIL**
(TOP CREDITOR - Counsel to Convertible Notes Trustee)
Foley & Lardner LLP
Richard J. Bernard, Esquire
90 Park Avenue
New York, NY  10016
Email:  rbernard@foley.com

**ELECTRONIC MAIL**
(TOP CREDITOR- Phyllis & Allan Pohl, Kimberly Sheris)
c/o Jonathan B. Butler, Esquire
Ciklin Lubitz
515 N. Flager Drive, 20th Flr.
West Palm Beach FL  33401
Email:  jbutler@ciklinlubitz.com