**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| RED REEF ALTERNATIVE INVESTMENTS, LLC and EMERGENT CAPITAL, INC.,[1] | ) Case No. 20-12602 (BLS) |
| | ) Jointly Administered |
| Debtors. | ) **Ref. Docket No. 8** |
| | **Hearing: November 16, 2020 at 1:30 p.m. (ET)** |
| | **Objection Deadline: November 9, 2020 at 4:00 p.m. (ET)** |

**NOTICE OF HEARING ON DEBTOR EMERGENT CAPITAL, INC.'S
MOTION FOR ORDER AUTHORIZING THE DEBTOR TO (I) ASSUME THE
RESTRUCTURING SUPPORT AGREEMENTS WITH SUPPORTING SENIOR
SECURED NOTEHOLDERS AND CONVERTIBLE UNSECURED NOTEHOLDERS;
(II) PAY AND REIMBURSE RELATED FEES AND EXPENSES;
AND (III) INDEMNIFY THE PARTIES THERETO**

**PLEASE TAKE NOTICE** that on October 15, 2020, Emergent Capital, Inc. (the "Debtor"), one of the above-captioned debtors and debtors in possession, filed *Debtor Emergent Capital, Inc.'s Motion for Order Authorizing the Debtor to (I) Assume the Restructuring Support Agreements with Supporting Senior Secured Noteholders and Convertible Unsecured Noteholders; (II) Pay and Reimburse Related Fees and Expenses; and (III) Indemnify the Parties Thereto* [Docket No. 8] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). A copy of the Motion is attached hereto as **Exhibit 1**.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **November 9, 2020 at 4:00 p.m. prevailing Eastern Time**.

---

[1] The last four digits of each Debtor's taxpayer identification number are: Red Reef Alternative Investments, LLC (0302) and Emergent Capital, Inc.'s (3473). The location of the Debtors' service address for purposes of these cases is 1200 North Federal Highway, Suite 200, Boca Raton, FL 33432.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) the Debtor, Emergent Capital, Inc., 1200 North Federal Highway, Suite 200, Boca Raton, FL 33432, Attn: Miriam Martinez, Chief Financial Officer (mmartinez@emergentcapital.com); (ii) counsel to the Debtor, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19899-8705 (Courier 19801), Attn:  Richard M. Pachulski, Maxim B. Litvak, and Colin R. Robinson (rpachulski@pszjlaw.com; mlitvak@pszjlaw.com; crobinson@pszjlaw.com); (iii) counsel to the Supporting Senior Secured Noteholders, Faegre Drinker Biddle & Reath LLP, 1177 Avenue of the Americas, 41st Floor, New York, NY 10036, Attn:  James H. Millar and Laura E. Appleby, (james.millar@faegredrinker.com; laura.appleby@faegredrinker.com) and Faegre Drinker Biddle & Reath LLP, 222 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn: Brett Fallon (brett.fallon@faegredrinker.com); (iv) counsel to the Supporting Convertible Unsecured Noteholders, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038, Attn: Brett Lawrence and Matthew G. Garofalo (blawrence@stroock.com; mgarofalo@stroock.com) and Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn:  Matthew B. Lunn (mlunn@ycst.com); and (v) the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Juliet M. Sarkessian (juliet.m.sarkessian@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **NOVEMBER 16, 2020 AT**

**1:30 P.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE BRENDAN L. SHANNON, UNITED STATES BANKRUPTCY COURT JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801.

Dated: October 16, 2020

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Richard M. Pachulski (CA Bar No. 62337)
Maxim B. Litvak (CA Bar No. 215852)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box. 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
E-mail:     rpachulski@pszjlaw.com
            mlitvak@pszjlaw.com
            crobinson@pszjlaw.com

*Proposed Counsel for the Debtors*
*and Debtors in Possession*