**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>RED REEF ALTERNATIVE<br>INVESTMENTS, LLC and EMERGENT<br>CAPITAL, INC.,[1]<br><br>                             Debtors. | Chapter 11<br><br>Case No. 20-12602 (BLS)<br><br>Jointly Administered<br><br>**Ref. Docket No. 9**<br>**Hearing: November 16, 2020 at 1:30 p.m. (ET)**<br>**Objection Deadline: November 9, 2020 at 4:00 p.m. (ET)** |

**NOTICE OF HEARING ON DEBTORS' MOTION FOR AN ORDER (I)
ESTABLISHING BAR DATES FOR FILING OF PROOFS OF CLAIM
AND (II) APPROVING THE FORM AND MANNER OF NOTICE THEREOF**

**PLEASE TAKE NOTICE** that on October 15, 2020, Red Reef Alternative Investments, LLC and Emergent Capital, Inc., the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed the *Debtors' Motion for an Order (I) Establishing Bar Dates for Filing of Proofs of Claim and (II) Approving the Form and Manner of Notice Thereof* [Docket No. 9] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). A copy of the Motion is attached hereto as **Exhibit 1**.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **November 9, 2020 at 4:00 p.m. prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) the Debtors, Red Reef Alternative Investments, LLC and Emergent Capital, Inc., 1200 North Federal Highway, Suite 200, Boca Raton, FL 33432, Attn:

---

[1] The last four digits of each Debtor's taxpayer identification number are: Red Reef Alternative Investments, LLC (0302) and Emergent Capital, Inc.'s (3473). The location of the Debtors' service address for purposes of these cases is 1200 North Federal Highway, Suite 200, Boca Raton, FL 33432.

Miriam Martinez, mmartinez@emergentcapital.com; (ii) proposed counsel for the Debtors, Pachulski Stang Ziehl & Jones LLP: (a) 150 California Street, 15th Floor, San Francisco, CA 94111, Attn: Richard M. Pachulski, Esq., rpachulski@pszjlaw.com and Maxim B. Litvak, Esq., mlitvak@pszjlaw.com, and (b) 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: Colin R. Robinson, Esq., crobinson@pszjlaw.com; and (iii) the Office of The United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Juliet Sarkessian, Esq., juliet.m.sarkessian@usdoj.gov.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **NOVEMBER 16, 2020 AT 1:30 P.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE BRENDAN L. SHANNON, UNITED STATES BANKRUPTCY COURT JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801.

| | |
|---|---|
| Dated: October 16, 2020 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | <u>*/s/ Colin R. Robinson*</u> |
| | Richard M. Pachulski (CA Bar No. 62337) |
| | Maxim B. Litvak (CA Bar No. 215852) |
| | Colin R. Robinson (DE Bar No. 5524) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box. 8705 |
| | Wilmington, Delaware 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile:  (302) 652-4400 |
| | E-mail:     rpachulski@pszjlaw.com |
| |                     mlitvak@pszjlaw.com |
| |                     crobinson@pszjlaw.com |

*Proposed Counsel for the Debtors
and Debtors in Possession*