IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> RED REEF ALTERNATIVE INVESTMENTS, LLC and EMERGENT CAPITAL, INC., <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-12602 (BLS) <br><br> (Joint Administration Requested) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Kyle R. Kistinger, Esq. of the law firm Faegre Drinker Biddle & Reath LLP to represent the Ad Hoc Group of Senior Secured Noteholders under the prepetition Senior Secured Notes Indenture, dated as of July 28, 2017, in connection with the above-captioned case as well as any related adversary proceedings.

Dated: October 15, 2020
Wilmington, Delaware

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Brett D. Fallon*
Brett D. Fallon (Del. Bar No. 2480)
222 Delaware Ave., Suite 1410
Wilmington, DE 19801-1621
Telephone: (302) 467-4224
Facsimile: (302) 467-4201
brett.fallon@faegredrinker.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: October 16th, 2020**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Fund* effective September 1, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: October 15, 2020                    */s/ Kyle R. Kistinger*
                                                Kyle R. Kistinger, Esq.
                                                Faegre Drinker Biddle & Reath LLP
                                                1177 Avenue of the Americas, 41st Floor
                                                New York, NY 10036
                                                (P) (212) 248-3247 (F) (212) 248-3141
                                                kyle.kistinger@faegredrinker.com