# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| RED REEF ALTERNATIVE INVESTMENTS, LLC AND EMERGENT CAPITAL, INC., | ) Case No. 20-12602 (BLS) |
| Debtors.[1] | ) (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that Wilmington Trust, National Association, as Indenture Trustee ("Wilmington Trust"), hereby appears in the above-captioned cases pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rule 2002-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and hereby requests that copies of all notices and papers entered or filed in the above-captioned cases be given and served upon the persons listed below at the following addresses, telephone and facsimile numbers, and e-mail addresses:

---

[1] The last four digits of each Debtor's taxpayer identification number are: Red Reef Alternative Investments, LLC (0302) and Emergent Capital, Inc. (3473). The location of the Debtors' service address for purposes of these cases is 1200 North Federal Highway, Suite 200, Boca Raton, FL 33432.

| | |
|---|---|
| Eric J. Monzo, Esquire | Seth H. Lieberman, Esq. (*pro hac vice* pending) |
| Brya M. Keilson, Esquire | Patrick Sibley, Esq. (*pro hac vice* pending) |
| Morris James LLP | Marie Polito Hofsdal (*pro hac vice* pending) |
| 500 Delaware Avenue, Suite 1500 | Pryor Cashman LLP |
| Wilmington, DE 19801 | 7 Times Square |
| Telephone: (302) 888-6800 | New York, NY 10036 |
| E-mail: emonzo@morrisjames.com | Phone: (212) 421-4100 |
| E-mail: bkeilson@morrisjames.com | E-mail: slieberman@pryorcashman.com |
| | E-mail: psibley@pryorcashman.com |
| | Email: mhofsdal@pryorcashman.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, e-mail, telephone, telecopy or otherwise filed or made with regard to the above-referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance, nor any former or later appearance, pleading, claim or suit, shall constitute a consent to jurisdiction, nor shall waive (1) any right to have final orders in non-core and core matters in which the Bankruptcy Court does not have final adjudicatory authority entered only after *de novo* review by a District Court Judge, (2) any right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) any right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) any right to assert the privilege of sovereign immunity, to the extent applicable, or (5) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs, or recoupments to which Wilmington Trust, may be entitled under agreements, in law or in equity, and all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that if any limited service lists are used in these proceedings, the undersigned requests inclusion thereon.

Dated: October 19, 2020

**MORRIS JAMES LLP**

*/s/ Eric J. Monzo*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
E-mail: emonzo@morrisjames.com
E-mail: bkeilson@morrisjames.com

and

Seth H. Lieberman, Esq. (*pro hac vice* pending)
Patrick Sibley, Esq. (*pro hac vice* pending)
Marie Polito Hofsdal (*pro hac vice* pending)
Pryor Cashman LLP
7 Times Square
New York, NY 10036
Phone: (212) 421-4100
E-mail: slieberman@pryorcashman.com
E-mail: psibley@pryorcashman.com
E-mail: mhofsdal@pryorcashman.com

*Counsel to Wilmington Trust, National Association, as Indenture Trustee*

12230506.v1