# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| RED REEF ALTERNATIVE INVESTMENTS, LLC AND EMERGENT CAPITAL, INC., | ) Case No. 20-12602 (BLS) |
| Debtors.[1] | ) (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedures and the attached certification, counsel moves the admission *pro hac vice* of Seth H. Lieberman, of Pryor Cashman LLP, to represent Wilmington Trust, National Association, as Indenture Trustee, in the above-captioned cases and any related proceedings.

Dated: October 19, 2020

**MORRIS JAMES LLP**

*/s/ Eric J. Monzo*
Eric J. Monzo (DE Bar No. 5214)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
E-mail: emonzo@morrisjames.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

---

[1] The last four digits of each Debtor's taxpayer identification number are: Red Reef Alternative Investments, LLC (0302) and Emergent Capital, Inc. (3473). The location of the Debtors' service address for purposes of these cases is 1200 North Federal Highway, Suite 200, Boca Raton, FL 33432.

099999\1026\12230514.v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, and am admitted, and in good standing as a member of the States of New York and New Jersey. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 9/1/2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Dated: October 19, 2020

*/s/ Seth H. Lieberman*
Seth H. Lieberman, Esq.
Pryor Cashman LLP
7 Times Square
New York, NY 10036
Phone: (212) 421-4100
E-mail: slieberman@pryorcashman.com

099999\1026\12230514.v1