## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| RED REEF ALTERNATIVE INVESTMENTS, | ) Case No. 20-12602 (BLS) |
| LLC AND EMERGENT CAPITAL, INC., | ) |
|  | ) (Jointly Administered) |
| Debtors.[1] | ) |
|  | ) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedures and the attached certification, counsel moves the admission *pro hac vice* of Marie Polito Hofsdal, of Pryor Cashman LLP, to represent Wilmington Trust, National Association, as Indenture Trustee, in the above-captioned cases and any related proceedings.

Dated: October 19, 2020

**MORRIS JAMES LLP**

*/s/ Eric J. Monzo*
Eric J. Monzo (DE Bar No. 5214)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
E-mail: emonzo@morrisjames.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**Dated: October 20th, 2020**
**Wilmington, Delaware**

BRENDAN L. SHANNON
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The last four digits of each Debtor's taxpayer identification number are: Red Reef Alternative Investments, LLC (0302) and Emergent Capital, Inc. (3473). The location of the Debtors' service address for purposes of these cases is 1200 North Federal Highway, Suite 200, Boca Raton, FL 33432.