**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | **Emergent Capital, Inc.** | EIN | **30–0663473** |
| | Name | | |

| | | |
|---|---|---|
| United States Bankruptcy Court **District of Delaware** | Date case filed for chapter | **11  10/15/20** |
| Case number: **20–12602–BLS** | | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case                                                10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

**Valid Picture ID is required for access to the J. Caleb Boggs Federal Building.**

| | | |
|---|---|---|
| 1. | **Debtor's full name** | Emergent Capital, Inc. |
| 2. | **All other names used in the last 8 years** | fka Imperial Holdings, Inc., fka Imperial Holdings, LLC |

| **Jointly Administered Cases** | **Case No.** | **Tax ID.** |
|---|---|---|

| | | | |
|---|---|---|---|
| 3. | **Address** | 1200 North Federal Highway<br>Suite 200<br>Boca Raton, FL 33432 | |
| 4. | **Debtor's attorney**<br>Name and address | Colin Robinson<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street<br>17th Floor<br>Wilmington, DE 19801 | Contact phone  302–778–6426<br><br>Email:  crobinson@pszjlaw.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 824 Market Street, 3rd Floor<br>Wilmington, DE 19801 | Hours open: Monday – Friday 8:00 AM – 4:00 PM<br><br>Contact phone  302–252–2900<br><br>Date: 10/22/20 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | November 13, 2020 at 02:00 PM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**844 King Street, Room 3209, Wilmington, DE 19801** |

**For more information, see page 2 >**

Debtor **Emergent Capital, Inc.**                                              Case number **20–12602–BLS**

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:** Not yet set. If a deadline is set, the court will send you another notice.<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form, Official Form B410, may be filed either electronically or as a paper document. For more information on how to file a Proof of Claim, visit the Delaware Bankruptcy Court's website at http://www.deb.uscourts.gov/claims–information.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A).<br><br>**Deadline for filing the complaint:** _____ |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

United States Bankruptcy Court
District of Delaware

In re:  
Emergent Capital, Inc.  
    Debtor(s)

Case No. 20-12602-BLS  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0311-1     User: Sherry     Page 1 of 3  
Date Rcvd: Oct 22, 2020     Form ID: 309F1     Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Emergent Capital, Inc., 1200 North Federal Highway, Suite 200, Boca Raton, FL 33432-2813 |
| aty | + | Brett D. Fallon, Faegre Drinker Biddle & Reath LLP, 222 Delaware Avenue, Suite 1410, Wilmington, DE 19801-1633 |
| aty | | Brett Lawrence, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 |
| aty | + | Brya Michele Keilson, Morris James LLP, 500 Delaware Avenue, Suite 1500, P.O. Box 2306, Wilmington, DE 19899-2306 |
| aty | + | Carol W. Sherman, Kelley Drye & Warren LLP, 101 Park Avenue, New York, NY 10178-0062 |
| aty | + | Colin R. Robinson, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19801-3034 |
| aty | | Emily Kuznick, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 |
| aty | | Eric J. Monzo, Morris James LLP, 500 Delaware Avenue, Suite 1500, P.O. Box 2306, Wilmington, DE 19899-2306 |
| aty | | James H. Millar, Faegre Drinker Biddle & Reath LLP, 1177 Avenue of the Americas, New York, NY 10036-2714 |
| aty | + | James S. Carr, Kelly Drye & Warren LLP, 101 Park Avenue, New York, NY 10178-0062 |
| aty | + | Konstantinos (Dean) Katsionis, Kelley Drye & Warren LLP, 101 Park Avenue, New York, NY 10178-0062 |
| aty | + | Kyle R. Kistinger, Faegre Drinker Biddle & Reath LLP, 1177 Avenue of the Americas, 41st Fl, New York, NY 10036-2714 |
| aty | + | Laura E. Appleby, Faegre Drinker Biddle & Reath, 1177 Avenue of the Americas, 41st Fl, New York, NY 10036-2714 |
| aty | + | Marie Hofsdal, Pryor Cashman LLP, 7 Times Square, New York, NY 10036-6569 |
| aty | + | Matthew Barry Lunn, Young, Conaway, Stargatt & Taylor LLP, 1000 North King Street, Wilmington, DE 19801-3335 |
| aty | + | Matthew Garofalo, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 |
| aty | + | Maxim B. Litvak, Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111-4554 |
| aty | + | Patrick Sibley, Pryor Cashman LLP, 7 Times Square, New York, NY 10036-6569 |
| aty | + | Richard M. Pachulski, Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111-4554 |
| aty | + | Robert F. Poppiti, Jr., Young, Conaway, Stargatt & Taylor, LLP, 1000 North King Street, Wilmington, DE 19801-3335 |
| aty | + | Seth H. Lieberman, Pryor Cashman LLP, 7 Times Square, New York, NY 10036-6569 |
| cr | + | Ad Hoc Group of Senior Secured Noteholders, c/o Faegre Drinker Biddle & Reath LLP, 1177 Avenue of the Americas, 41st Fl, New York, NY 10036-2714 |
| trans | + | Reliable Companies, Attn: Gene Matthews, 1007 North Orange Street, Suite 110, Wilmington, DE 19801-1256 |
| 15169568 | + | Delaware State Treasury, 820 Silver Lake Blvd., Suite 100, Dover, DE 19904-2464 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: crobinson@pszjlaw.com | Oct 22 2020 20:40:00 | Colin Robinson, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19801 |
| 15169567 | EDI: IRS.COM | Oct 23 2020 00:18:00 | Internal Revenue Service, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 15169508 | EDI: MASSDOR | Oct 23 2020 00:18:00 | MASSACHUSETTS DEPARTMENT OF REVENUE, MASS. DEPT. OF REVENUE ATTN: BANKRUPTCY, P.O. Box 9564, Boston, MA 02114-9564 |
| 15169569 | + Email/Text: DOSDOC_BANKRUPTCY@STATE.DE.US | Oct 22 2020 20:40:00 | Secretary of State, Division of Corporations, Franchise Tax, P.O. Box 898, Dover, DE 19903-0898 |
| 15169565 | + Email/Text: secbankruptcy@sec.gov | Oct 22 2020 20:40:00 | Securities & Exchange Commission, 100 F Street, NE, Washington, DC 20549-2001 |
| 15169566 | + Email/Text: nyrobankruptcy@sec.gov | Oct 22 2020 20:40:00 | Securities & Exchange Commission, New York |

Case 20-12602-BLS    Doc 61    Filed 10/24/20    Page 4 of 5

| District/off: 0311-1 | User: Sherry | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 22, 2020 | Form ID: 309F1 | Total Noticed: 30 |

Regional Office, Attn: Mark Berger, Regional Director, Brookfield Place, 200 Vesey Street, Suite 400, New York, NY 10281-1013

TOTAL: 6

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2020                 Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett D. Fallon | on behalf of Creditor Ad Hoc Group of Senior Secured Noteholders brett.fallon@faegredrinker.com tracey.little@faegredrinker.com |
| Brya Michele Keilson | on behalf of Interested Party Wilmington Trust National Association, as Indenture Trustee bkeilson@morrisjames.com, wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com |
| Colin Robinson | on behalf of Debtor Emergent Capital Inc. crobinson@pszjlaw.com |
| Colin Robinson | on behalf of Debtor Red Reef Alternative Investments LLC crobinson@pszjlaw.com |
| Colin R. Robinson | on behalf of Debtor Emergent Capital Inc. crobinson@pszjlaw.com |
| Emily Kuznick | on behalf of Interested Party Convertible Noteholders ekuznick@stroock.com mgarofalo@stroock.com;blawrence@stroock.com;mlaskowski@stroock.com;dmohamed@stroock.com;mmagzamen@stroock.com;jlau@stroock.com |
| Eric J. Monzo | on behalf of Interested Party Wilmington Trust National Association, as Indenture Trustee emonzo@morrisjames.com, wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com |
| Juliet M. Sarkessian | on behalf of U.S. Trustee U.S. Trustee juliet.m.sarkessian@usdoj.gov |
| Marie Hofsdal | on behalf of Interested Party Wilmington Trust National Association, as Indenture Trustee mhofsdal@pryorcashman.com |
| Matthew Barry Lunn | on behalf of Interested Party Convertible Noteholders bankfilings@ycst.com |
| Maxim B. Litvak | on behalf of Debtor Emergent Capital Inc. mlitvak@pszjlaw.com |
| Patrick Sibley | on behalf of Interested Party Wilmington Trust National Association, as Indenture Trustee psibley@pryorcashman.com |

District/off: 0311-1 | User: Sherry | Page 3 of 3
Date Rcvd: Oct 22, 2020 | Form ID: 309F1 | Total Noticed: 30

Reliable Companies
    gmatthews@reliable-co.com

Seth H. Lieberman
    on behalf of Interested Party Wilmington Trust  National Association, as Indenture Trustee slieberman@pryorcashman.com

U.S. Trustee
    USTPRegion03.WL.ECF@USDOJ.GOV

TOTAL: 15