IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RED REEF ALTERNATIVE INVESTMENTS, LLC and<br>EMERGENT CAPITAL, INC.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-12602 (BLS)<br><br>Jointly Administered<br>**341 Meeting Date: November 13, 2020<br>@ 2 p.m. Eastern Time** |

## NOTICE OF TELEPHONIC SECTION 341 MEETING

PLEASE TAKE NOTICE that the meeting of creditors pursuant to 11 U.S.C. §§ 341 and 343 (the "section 341 meeting") in these cases, scheduled for **Friday, November 13, 2020 at 2 p.m. (ET)** will be held telephonically.

If you are receiving this notice, you have been identified as a party who may be a creditor, i.e. someone who may be owed money by the Debtors. Creditors will receive separate notice regarding any deadline for submitting a claim for monies owed, as well as the procedures for doing so. **Your telephonic participation in the 341 meeting is not required, is completely optional, and failure to attend will not affect your eligibility to file a claim.** The purpose of the 341 meeting is to provide creditors and parties in interest an opportunity to examine the Debtor's financial affairs. It is not the purpose of the 341 meeting to address the specific circumstances of each creditor.

PLEASE FOLLOW the instructions below to ensure a smooth and efficient telephonic section 341 meeting of creditors.

- You must use a touch-tone phone.
- If you have a choice, please use a landline phone, instead of a cell phone.
- Dial the **call-in number, 1-866-621-1355, and then enter the passcode, 7178157,** followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the U.S. Trustee counsel asks you to identify yourself or indicates you may pose questions. You will still be able to listen even when your phone is muted.
- Unmute your phone when speaking.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once the meeting of creditors is finished, please hang up.
- If you become disconnected before the meeting is finished, please call back.

---

[1] The last four digits of each Debtor's taxpayer identification number are: Red Reef Alternative Investments, LLC (0302) and Emergent Capital, Inc. (3473). The location of the Debtors' service address for purposes of these cases is 1200 North Federal Highway, Suite 200, Boca Raton, FL 33432.

- The section 341 meeting of creditors will be recorded by the U.S. Trustee. Any other recordings are prohibited.
- **Neither the U.S. Trustee nor the Debtor may provide legal advice to any creditors.**

If you have any questions, you may contact Debtor's counsel who is: Colin R. Robinson of Pachulski Stang Ziehl & Jones LLP; Telephone: (302) 652-4100; Facsimile: (302) 652-4400; Email: crobinson@pszjlaw.com.

**Dated:** October 20, 2020          **ANDREW R. VARA**
                                    **UNITED STATES TRUSTEE**
                                    **REGIONS 3 AND 9**

                                    By: /s/ *Juliet Sarkessian*
                                    Juliet Sarkessian, Esq.
                                    Trial Attorney
                                    United States Department of Justice
                                    Office of the United States Trustee
                                    J. Caleb Boggs Federal Building
                                    844 N. King Street, Room 2207, Lockbox 35
                                    Wilmington, DE 19801
                                    Juliet.M.Sarkessian@usdoj.gov

United States Bankruptcy Court
District of Delaware

In re:  
Emergent Capital, Inc.  
    Debtor(s)

Case No. 20-12602-BLS  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0311-1     User: BonnieA     Page 1 of 2  
Date Rcvd: Oct 22, 2020     Form ID: pdf341     Total Noticed: 18

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Emergent Capital, Inc., 1200 North Federal Highway, Suite 200, Boca Raton, FL 33432-2813 |
| aty | | Brett Lawrence, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 |
| aty | + | Carol W. Sherman, Kelley Drye & Warren LLP, 101 Park Avenue, New York, NY 10178-0062 |
| aty | | James H. Millar, Faegre Drinker Biddle & Reath LLP, 1177 Avenue of the Americas, New York, NY 10036-2714 |
| aty | + | James S. Carr, Kelly Drye & Warren LLP, 101 Park Avenue, New York, NY 10178-0062 |
| aty | + | Konstantinos (Dean) Katsionis, Kelley Drye & Warren LLP, 101 Park Avenue, New York, NY 10178-0062 |
| aty | + | Kyle R. Kistinger, Faegre Drinker Biddle & Reath LLP, 1177 Avenue of the Americas, 41st Fl, New York, NY 10036-2714 |
| aty | + | Laura E. Appleby, Faegre Drinker Biddle & Reath, 1177 Avenue of the Americas, 41st Fl, New York, NY 10036-2714 |
| aty | + | Matthew Garofalo, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 |
| aty | + | Richard M. Pachulski, Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111-4554 |
| aty | + | Robert F. Poppiti, Jr., Young, Conaway, Stargatt & Taylor, LLP, 1000 North King Street, Wilmington, DE 19801-3335 |
| cr | + | Ad Hoc Group of Senior Secured Noteholders, c/o Faegre Drinker Biddle & Reath LLP, 1177 Avenue of the Americas, 41st Fl, New York, NY 10036-2714 |
| 15169568 | + | Delaware State Treasury, 820 Silver Lake Blvd., Suite 100, Dover, DE 19904-2464 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15169567 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 22 2020 20:40:00 | Internal Revenue Service, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 15169508 | | Email/Text: DOREBN@DOR.STATE.MA.US | Oct 22 2020 20:40:00 | MASSACHUSETTS DEPARTMENT OF REVENUE, MASS. DEPT. OF REVENUE ATTN: BANKRUPTCY, P.O. Box 9564, Boston, MA 02114-9564 |
| 15169569 | + | Email/Text: DOSDOC_BANKRUPTCY@STATE.DE.US | Oct 22 2020 20:40:00 | Secretary of State, Division of Corporations, Franchise Tax, P.O. Box 898, Dover, DE 19903-0898 |
| 15169565 | + | Email/Text: secbankruptcy@sec.gov | Oct 22 2020 20:40:00 | Securities & Exchange Commission, 100 F Street, NE, Washington, DC 20549-2001 |
| 15169566 | + | Email/Text: nyrobankruptcy@sec.gov | Oct 22 2020 20:40:00 | Securities & Exchange Commission, New York Regional Office, Attn: Mark Berger, Regional Director, Brookfield Place, 200 Vesey Street, Suite 400, New York, NY 10281-1013 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

| District/off: 0311-1 | User: BonnieA | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 22, 2020 | Form ID: pdf341 | Total Noticed: 18 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 24, 2020                     Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett D. Fallon | on behalf of Creditor Ad Hoc Group of Senior Secured Noteholders brett.fallon@faegredrinker.com tracey.little@faegredrinker.com |
| Brya Michele Keilson | on behalf of Interested Party Wilmington Trust National Association, as Indenture Trustee bkeilson@morrisjames.com, wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com |
| Colin Robinson | on behalf of Debtor Emergent Capital Inc. crobinson@pszjlaw.com |
| Colin Robinson | on behalf of Debtor Red Reef Alternative Investments LLC crobinson@pszjlaw.com |
| Colin R. Robinson | on behalf of Debtor Emergent Capital Inc. crobinson@pszjlaw.com |
| Emily Kuznick | on behalf of Interested Party Convertible Noteholders ekuznick@stroock.com mgarofalo@stroock.com;blawrence@stroock.com;mlaskowski@stroock.com;dmohamed@stroock.com;mmagzamen@stroock.com;jlau@stroock.com |
| Eric J. Monzo | on behalf of Interested Party Wilmington Trust National Association, as Indenture Trustee emonzo@morrisjames.com, wweller@morrisjames.com;rzerbe@morrisjames.com;ddepta@morrisjames.com;slisko@morrisjames.com |
| Juliet M. Sarkessian | on behalf of U.S. Trustee U.S. Trustee juliet.m.sarkessian@usdoj.gov |
| Marie Hofsdal | on behalf of Interested Party Wilmington Trust National Association, as Indenture Trustee mhofsdal@pryorcashman.com |
| Matthew Barry Lunn | on behalf of Interested Party Convertible Noteholders bankfilings@ycst.com |
| Maxim B. Litvak | on behalf of Debtor Emergent Capital Inc. mlitvak@pszjlaw.com |
| Patrick Sibley | on behalf of Interested Party Wilmington Trust National Association, as Indenture Trustee psibley@pryorcashman.com |
| Reliable Companies | gmatthews@reliable-co.com |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |

TOTAL: 14