# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| ) | Chapter 11 |
| RED REEF ALTERATIVE INVESMENTS, ) | |
| and EMERGENT CAPITAL, INC., ) | Case No. 20-12602 (BLS) |
| ) | |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |
| In re: ) | |
| ) | |
| IMPERIAL PREMIUM FINANCE, LLC, ) | Chapter 11 |
| ) | |
| Debtor. ) | Case No.: 12694 (BLS) |
| ) | |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Jonathan B. Butler of the law firm of Ciklin Lubitz, hereby enters his appearance on behalf of creditors, Phyllis Pohl, Allan J. Pohl and Kimberly Y. Sheris, and requests that all future notices, motions, orders, agenda and any other papers filed in the above case be directed via CM/ECF at the email addresses set forth below.

Dated:  December 7, 2020            Respectfully submitted

/s/Jonathan B. Butler
Jonathan B. Butler, Esq.
FL Bar No.:  56197
Ciklin Lubitz
515 N. Flagler Drive, 20th Floor
West Palm Beach, FL 33401
(O) 561-820-0374 / (F) 561-833-4209
Email: jbutler@ciklinlubitz.com
           service@ciklinlubitz.com
*Attorneys for Phyllis & Allan Pohl, Kimberly Sheris*