IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| RED REEF ALTERATIVE INVESTMENTS, ) | |
| and EMERGENT CAPITAL, INC., ) | Case No. 20-12602 (BLS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| In re: ) | |
| ) | |
| IMPERIAL PREMIUM FINANCE, LLC, ) | Chapter 11 |
| ) | |
| Debtor. ) | Case No. 20-12694 (BLS) |
| ) | |

## DECLARATION OF SALVATORE ROMANO

1. COMES NOW, SALVATORE ROMANO, and pursuant to 28 U.S. § 1746, states and declares:

2. I am an individual over the age of twenty-one, and I make this declaration based on my personal knowledge.

3. I am a First Vice President and Senior Financial Advisor with Merrill Lynch Wealth Management. I was previously a financial advisor with Goldman Sachs. I have served as the financial advisor to Phyllis Pohl ("Mrs. Pohl") for many years and I have personal knowledge of Mrs. Pohl's net worth, her investment and retirement assets and income, and her financial and estate planning.

4. During the period January 2007 to April 2011, Mrs. Pohl and her husband Harvey Pohl had a net worth consisting of investment accounts, retirement and pension plans, real estate and other assets in excess of $5,000,000.00.

5. Harvey Pohl passed away in April 2011.

6.  During the period April 2011 to the present date, Mrs. Pohl has maintained a net worth consisting of investment accounts, retirement and pension plans, real estate and other assets in excess of $5,000,000.00. In fact, as of December 2020, Mrs. Pohl's net worth exceeds $9,000,000.

I declare under penalty of perjury that the foregoing is true, correct and made in good faith. Dated this 10th day of December, 2020.

SALVATORE RAMANO
Romano
SJP