## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | Chapter 11 |
| RED REEF ALTERATIVE INVESMENTS, | ) | |
| and EMERGENT CAPITAL, INC., | ) | Case No. 20-12602 (BLS) |
| | ) | |
| Debtors. | ) | |
| _____ | ) | Jointly Administered |
| | ) | |
| In re: | ) | |
| | ) | |
| IMPERIAL PREMIUM FINANCE, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No.: 12694 (BLS) |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I, Eric A. Rosen, hereby certify that on the 12th day of December 2020, I caused a copy of the documents listed below to be served on the individuals on the attached service list in the manner indicated:

- Response In Opposition to Debtors' Motion to Estimate Pohl Litigation Claims for Distribution Purposes [Docket No. 144]

- Response Declarations of Alan Pohl, Kimberly Sheris and Salvatore Romano In Support of Response [Docket No. 145].

Dated: December 15, 2020

Respectfully submitted

**FOWLER WHITE BURNETT, P.A.**

/s/Eric A. Rosen
Eric A. Rosen (Fla. Bar No.: 36426)
Northbridge Centre
515 N. Flagler Drive, Suite 2100
West Palm Beach, FL 33401
Tel: (561) 802-9044
Email: erosen@fowler-white.com

and


THE ROSNER LAW GROUP, LLC
Jason A. Gibson (DE 6091)
Frederick B. Rosner (DE 3995)
824 N. Market St., Suite 810
Wilmington, Delaware 19801
Tel.: (302) 777-1111
Email: gibson@teamrosner.com
  rosner@teamrosner.com


and

CIKLIN LUBITZ
Jonathan Brennan Butler, Esq.
515 N. Flagler Drive – 20th Floor
West Palm Beach, Florida 33401
Tel:  (561) 832-5900
E-mail:jbutler@ciklinlubitz.com
*Counsel for Pohl Litigation Claimants*

# SERVICE LIST

**ELECTRONIC MAIL**
(Counsel to Wilmington Trust, National Association as Indenture Trustee)
Seth H. Liberman, Esq.
Patrick Sibley, Esq.
Marie Polito Hofsdal
Pryor Cashman LLP
7 Times Square
New York, NY 10036
Email: slieberman@pryorcashman.com
psibley@pryorcashman.com
mhofsdal@pryorcashman.com

**REGULAR MAIL**
Convertible Unsecured Notes Trustee
U.S. Bank National Association
Attention: Corporate Trust
One Federal Street, 10th Floor
Boston, MA  02110
**Fax No.: 617-603-6667**

**REGULAR MAIL**
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
2970 Market Street (Zip 19104)
Mail Stop 5-Q30.133
Philadelphia, PA  19101
**Fax No.: 855.235.6787**

**REGULAR MAIL**
U.S. Securities and Exchange Commission
Attn:  Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA  90071-9591

**ELECTRONIC MAIL**
*(Counsel for the Debtors and Debtors in Possession)*
Richard M. Pachulski, Esquire
Maxim B. Litvak, Esquire
Colin R. Robinson, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
PO Box. 8705
Wilmington, DE  19899-8705 (Courier 19801)
Email:  rpachulski@pszjlaw.com;
mlitvak@pszjlaw.com;
crobinson@pszjlaw.com

**ELECTRONIC MAIL**
*(US Trustee)*
Juliet Sarkessian, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street #2207
Lockbox 35
Wilmington, DE  19801
Email: jsarkessian@usdoj.gov

**ELECTRONIC MAIL**
*(Counsel to the Supporting Senior Secured Noteholders)*
Faegre Drinker Biddle & Reath LLP
Brett D. Fallon, Esquire
222 Delaware Avenue
Suite 1410
Wilmington, DE  19801
Email:  brett.fallon@faegredrinker.com

**ELECTRONIC MAIL**
(*Counsel to Senior Secured Notes Trustee)*
K&L Gates LLP
Andy Skouvakis, Esquire
Scott E. Waxman, Esquire
Stacey E. Roberts, Esquire
600 N. King Street, Suite 901
Wilmington, DE  19801
Email:  andy.skouvakis@klgates.com;
Scott.Waxman@klgates.com;
Stacey.Roberts@klgates.com

**ELECTRONIC MAIL**
(*DE Counsel to Supporting Convertible Unsecured Noteholders*)
Young Conaway Stargatt & Taylor, LLP
Matthew B. Lunn, Esquire
Rodney Square
1000 North King Street
Wilmington, DE 198901
Email: mlunn@ycst.com

**ELECTRONIC MAIL**
(*Senior Secured Notes Trustee*)
Wilmington Trust, N.A., as Indenture Trustee
Attention: Capital Markets Insurance Services
300 Park Street, Suite 390
Birmingham, MI  48009
Email:SpecializedInsurance@wilmingtontrust.com

**ELECTRONIC MAIL**
(*Counsel to the Supporting Convertible Unsecured Noteholders*)
Stroock & Stroock & Lavan LLP
Brett Lawrence, Esquire
Matthew G. Garofalo, Esquire
180 Maiden Lane
New York, NY  10038-4982
Email:  blawrence@stroock.com; mgarofalo@stoock.com

(Attorneys for Creditor Mimesis Capital Partners LLC)
Jeffrey Chubak
AMINI LLC
131 West 35th Street, 12th Floor
New York, NY 10001
Email: jchubak@aminillc.com

**ELECTRONIC MAIL**
(*Counsel to Convertible Notes Trustee*)
Foley & Lardner LLP
Richard J. Bernard, Esquire
90 Park Avenue
New York, NY  10016
Email:  rbernard@foley.com