IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| RED REEF ALTERATIVE INVESTMENTS, | ) | |
| and EMERGENT CAPITAL, INC., | ) | Case No. 20-12602 (BLS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| IMPERIAL PREMIUM FINANCE, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 20-12694 (BLS) |
| | ) | |

**POHL CREDITORS' SECOND AMENDED EXHIBIT LIST**

ALLAN J. POHL ("Allan"), individually, as Representative of Phyllis Pohl, and as Trustee of the Phyllis Pohl Irrevocable Trust, and KIMBERLY SHERIS ("Kimberly") (collectively, "the Pohls"), creditors and parties in interest this action and by and through their undersigned counsel, hereby give notice of the exhibits they may utilize, offer or introduce at the hearing on the Motion to Estimate Pohl Litigation Claims by Debtors EMERGENT CAPITAL, INC. ("Emergent") and IMPERIAL PREMIUM FINANCE, LLC ("Imperial") (collectively, "Debtors"):[1]

| POHL CX | DESCRIPTION | S | O | A |
|---|---|---|---|---|
| 1 | Emergent Organization Chart | | | |
| 2 | Declaration of Allan Pohl In Opposition to Motion to Estimate | | | |
| 3 | Declaration of Kimberly Sheris In Opposition to Motion to Estimate | | | |
| 4 | December 17, 2007 Letter to Allan Pohl from Wealth Modes | | | |
| 5 | Phyllis Pohl's Notification Letters | | | |
| 6 | Broker's Right of Agent | | | |

---

[1] S – Stipulated; O – Offered; A – Admitted

| | | | | |
|---|---|---|---|---|
| 7 | Single Case Agreement | | | |
| 8 | Lincoln Benefit Premium Funding Intent Form | | | |
| 9 | Declaration of Salvatore Romano | | | |
| 10 | Lincoln Benefit Invoice Premium Payment | | | |
| 11 | Pohl Check No. 8458, dated 1/18/08 | | | |
| 12 | Amended and Restated Trust Agreement | | | |
| 13 | Premium Finance Funding Form dated 03/12/08 | | | |
| 14 | Emergent Form 10K – December 31, 2011 | | | |
| 15 | Assignment of Policy as Collateral dated 03/12/08 | | | |
| 16 | Security Agreement | | | |
| 17 | Limited Power of Attorney dated 12/24/08 | | | |
| 18 | Insurance Loan Sale and Assignment dated 01/19/09 | | | |
| 19 | Change of Ownership and Beneficiary Forms by Pohl Trust | | | |
| 20 | Change of Ownership and Beneficiary Forms by Imperial PFC | | | |
| 21 | Emergent SEC Forms 10-K, 10-Q and 8-K for the period 2011-2020 | | | |
| 22 | April 30, 2012 Imperial Holdings, Inc. Non-Prosecution Agreement | | | |
| 23 | Verified Complaint in the action styled *USA v $5,000,000 US Currency*, Case No.1:15-cv-00526 in U.S. District Court of New Hampshire | | | |
| 24 | Final Order of Forfeiture in the action styled *USA v $5,000,000 US Currency*, Case No. 1:15-cv-00526 in U.S. District Court of New Hampshire | | | |
| 25 | Verified Complaint in the action styled *USA v $750,000 US Currency*, Case No. 1:15-cv-00528, U.S. District Court of New Hampshire | | | |
| 26 | Final Order of Forfeiture in the action styled *USA v $750,000 US Currency,* Case No. 1:15-cv-00528, U.S. District Court of New Hampshire | | | |

| | | | | |
|---|---|---|---|---|
| 27 | Letter dated June 12, 2014 to Phyllis Pohl from LexServ | | | |
| 28 | Pohl Complaint Letter dated 6/12/2016 | | | |
| 29 | Emergent SEC Form 10-Q dated 7/10/19 | | | |
| 30 | Trust Agreement | | | |
| 31 | Phyllis Pohl handwritten notes dated 02/28/08 | | | |
| 32 | Lexington Insurance Cop. Checks to Emergent | | | |
| 33 | Complaint in the action styled *Lincoln Benefit Life Company v. Wilmington Trust National Association,* Case No. N18C-02-168 in the Superior Court of the State of Delaware | | | |
| 34 | Letter to Allan Pohl dated 3/5/08 with Hold Harmless Agreement | | | |
| 35 | Pohl Lincoln Benefit Application dated 12-21-07 | | | |
| 36 | Imperial Premium Payment Summary | | | |
| 37 | Designated Deposition Transcript of Miriam Martinez | | | |
| 38 | Designated Deposition Transcript of Ernest Madera | | | |
| 39 | Designated Deposition Transcript of Larry Bryan | | | |
| 40 | Deposition Transcript of Allan Pohl | | | |
| 41 | Deposition Transcript of Kimberly Sheris | | | |
| 42 | *Sciarretta v. Lincoln National Life Ins.,* 778 F.3d 1205 (11th Cir. 2015) | | | |
| | All exhibits listed by Debtors | | | |
| | All exhibits to any deposition taken in this proceeding | | | |
| | All impeachment and rebuttal exhibits, as necessary | | | |
| | | | | |

The Pohls reserve the right to amend or supplement this Exhibit List as additional

documents are discovery or as justice requires.

December 16, 2020

        **THE ROSNER LAW GROUP LLC**

        */s/ Jason A. Gibson*
        Frederick B. Rosner (DE 3995)
        Jason A. Gibson (DE 6091)
        824 Market Street, Suite 810
        Wilmington, DE 19801
        Telephone: (302) 777-1111
        E-mail: gibson@teamrosner.com

        **- a n d -**

        **FOWLER WHITE BURNETT**
        Eric A. Rosen
        Northbridge Center
        515 North Flagler Drive, Suite 2100
        West Palm Beach, Florida 33401
        Telephone: (561) 802-9044
        E-mail: ERosen@fowler-white.com

        *Counsel for Pohl Litigation Claimants*