# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| RED REEF ALTERATIVE INVESTMENTS, | ) | |
| and EMERGENT CAPITAL, INC., | ) | Case No. 20-12602 (BLS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| In re: | ) | |
| | ) | |
| IMPERIAL PREMIUM FINANCE, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 20-12694 (BLS) |
| | ) | |

## POHL CREDITORS' WITNESS LIST

ALLAN J. POHL ("Allan"), individually, as Representative of Phyllis Pohl, and as Trustee of the Phyllis Pohl Irrevocable Trust, and KIMBERLY SHERIS ("Kimberly") (collectively, "the Pohls"), creditors and parties in interest this action and by and through their undersigned counsel, hereby give notice of the witnesses they may call, either in person, via declaration or via deposition testimony, at the hearing on the Motion to Estimate Pohl Litigation Claims by Debtors EMERGENT CAPITAL, INC. ("Emergent") and IMPERIAL PREMIUM FINANCE, LLC ("Imperial") (collectively, "Debtors"):

1. Allan Pohl
   c/o Jonathan Butler, Esq,
   515 N Flagler Drive – 20th Floor
   West Palm Beach, FL  33401

2. Kimberly Sheris
   c/o Jonathan Butler, Esq.
   515 N Flagler Drive – 20th Floor
   West Palm Beach, FL  33401

3. Phyllis Pohl
   c/o Jonathan Butler, Esq.
   515 N Flagler Drive – 20th Floor
   West Palm Beach, FL  33401

4. Ernest Madera
   501SE 2nd Street #1443
   Fort Lauderdale, FL  33301

5. Larry Bryan
   11720 NW 9th Street
   Plantation, FL  33325

6. Salvatore Romano
   18 Division Street, Suite 201
   Saratoga Springs NY 12866

7. Miriam Martinez, Individually and as Corporate Representative of Debtors
   c/o Debtors' Counsel

8. Each witness listed by Debtors on their Witness List

9. Impeachment witness, if necessary

10. Rebuttal witnesses, if necessary

11. Any witness necessary for authentication of any exhibit

12. All witnesses whose depositions have or will be taken in this proceeding

The Pohls reserve the right to amend or supplement this Witness List as additional witnesses are discovered or as justice requires.

Dated:  December 16, 2020         **THE ROSNER LAW GROUP LLC**

*/s/ Jason A. Gibson*
Frederick B. Rosner (DE 3995)
Jason A. Gibson (DE 6091)
824 Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
E-mail: gibson@teamrosner.com

- a n d –

**FOWLER WHITE BURNETT**
Eric A. Rosen
Northbridge Center
515 North Flagler Drive, Suite 2100
West Palm Beach, Florida 33401

Telephone: (561) 802-9044
E-mail: ERosen@fowler-white.com
*Counsel for Pohl Litigation Claimants*