# Exhibit A

**Voting Tabulation**

**Exhibit A**

| Total Ballots Received | | | |
|---|---|---|---|
| **Class 3 – Senior Secured Notes Claims** | | | |
| **Accept** | | **Reject** | |
| **Number** | **Amount** | **Number** | **Amount** |
| 4 (100%) | $30,420,244.93 (100%) | 0 (0%) | $0.00 (0%) |

| Number Opting Out of Releases | Number Indicating Accredited Investor Status |
|---|---|
| 0 | 4 |

| Total Ballots Received | | | |
|---|---|---|---|
| **Class 4 – Convertible Unsecured Notes Claims** | | | |
| **Accept** | | **Reject** | |
| **Number** | **Amount** | **Number** | **Amount** |
| 19 (100%) | $50,891,966.00 (100%) | 0 (0%) | $0.00 (0%) |

| Number Opting Out of Releases | Number Indicating Accredited Investor Status |
|---|---|
| 0 | 16 |

| Total Ballots Received | | | |
|---|---|---|---|
| **Class 6 – Equity Interests in the Debtor** | | | |
| **Accept** | | **Reject** | |
| **Number** | **Amount** | **Number** | **Amount** |
| 98 (91.59%) | 121,699,262 (99.96%) | 9 (8.41%) | 45,931 (0.04%) |

| Number Opting Out of Releases |
|---|
| 0 |