UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: Emergent Capital, Inc., et al. - Debtor

Case No. 20-12602 (BLS)
Reporting Period: December 2020

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | X | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Postpetition Taxes | MOR-4 | X | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | $0 - not applicable |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | $0 - not applicable |
| Debtor Questionnaire | MOR-5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_Signature of Debtor_    Date: January 20, 2021

_Signature of Joint Debtor_    Date:

_Signature of Authorized Individual*_    Date: January 20, 2021

Miriam Martinez
Printed Name of Authorized Individual

Chief Financial Officer
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: Emergent Capital, Inc., et al. - Debtor

Case No. 20-12602 (BLS)
Reporting Period: December 2020

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | X | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Postpetition Taxes | MOR-4 | X | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | $ 0 - not applicable |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | $ 0 - not applicable |
| Debtor Questionnaire | MOR-5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_Miriam Martinez_ (signed)
Signature of Debtor
Date: January 20, 2021

_____
Signature of Joint Debtor
Date:

_Miriam Martinez_ (signed)
Signature of Authorized Individual*
Date: January 20, 2021

Miriam Martinez
Printed Name of Authorized Individual

Chief Financial Officer
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re: Emergent Capital, et al. – Debtor

Case No. 20-12602 (BLS)
Reporting Period: December 2020

MOR - 1
Cash Receipts and Disbursements
For the period December 1, 2020 through December 31, 2020
(USD's)
(Unaudited)

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| | Emergent Capital, et al 20-12602 (BLS) |
|---|---|
| Beginning Cash 12/1/2020 | $ 12,761,699 |
| Cash Receipts | $ 7,185 |
| Cash Disbursements | $ - |
| Ending Cash 12/31/2020 | $ 12,768,884 |

In re: Emergent Capital, et al. - Debtor

Case No. 20-12602 (BLS)
Reporting Period: December 2020

Debtors Statement with respect to Bank Account Reconciliations, Bank Statements and Cash Disbursements
For the period December 1, 2020 through December 31, 2020

(USD's)
(Unaudited)

### Bank Account Reconciliations and Cash Disbursements
The Debtors affirm that bank reconciliations are prepared for all open and active bank accounts on a monthly basis. The Debtors affirm that within their financial accounting systems, check registers and/or disbursement journals are maintained for each disbursement account.

### Bank Statements
The Debtors affirm that bank accounts for all open and active bank accounts have been retained by the Debtors. The Debtors affirm that no bank accounts were closed during the reporting period. The Debtors affirm that no bank accounts were opened during the reporting period.

### List of Bank Accounts for Debtor Entities

| Debtor | Bank Name | Account Type | Account # (last 4 digits) | December 31, 2020 ending balance (USD's) |
|---|---|---|---|---|
| Emergent Capital, et al | First National Bank | Borrowing | 7801 | $ 12,768,884 |

Signature of Authorized Individual

MIRIAM MARTINEZ
Printed Name of Authorized Individual

January 20, 2021
Date

CFO
Title of Authorized Individual

In re: Emergent Capital, et al. – Debtor

Case No. 20-1260 (BLS)
Reporting Period: December 2020

MOR-2
Debtor Statement of Operations
For the period December 1, 2020 through December 31, 2020
(USD's)
(Unaudited)

| | |
|---|---:|
| **Revenue** | |
| Interest Income | $7,185 |
| Interest Income – Promissory Installment Note | 72,558 |
| Total Revenue | 79,743 |
| | |
| **Expenses** | |
| Interest Expense – 5% Senior Unsecured Convertible Notes | 398,063 |
| Interest Expense – 8.5% Senior Secured Notes | 561,496 |
| Total Financing Costs | 959,559 |
| | |
| Gross Profit | $ (879,816) |
| | |
| Operating Expenses | - |
| | |
| Net (loss) income before taxes | $ (879,816) |
| | |
| Net (loss) Income | $ (879,816) |

In re: Emergent Capital, et al. – Debtor

Case No. 20-12602 (BLS)
Reporting Period: December 2020

MOR - 3
Debtor Balance Sheet
December 2020
(USD's)
(Unaudited)

**ASSETS**

| | |
|---|---:|
| Cash and cash equivalents | $12,768,884 |
| Note receivable - promissory installment note | 37,283,686 |
| Interest receivable - promissory installment note | 142,776 |
| Investment in affiliates | 339,518,987 |
| **Total Assets** | **$389,714,332** |

**LIABILITIES AND STOCKHOLDERS' EQUITY**

**Liabilities**

| | | |
|---|---:|---:|
| Interest payable - 5% senior unsecured convertible notes | $ | 1,289,662 |
| 5% senior unsecured convertible notes, net | | 64,853,632 |
| Interest payable - 8.5% senior secured notes | | 609,211 |
| 8.5% senior secured notes, net | | 49,248,105 |
| Current tax liability | | 2,622,998 |
| **Total liabilities** | | **$118,623,608** |
| | | |
| Common stock | $ | 1,592,632 |
| Treasury stock | | (2,531,353) |
| Additional paid-in-capital | | 334,661,620 |
| Accumulated deficit | | (62,629,174) |
| **Total stockholders' equity** | | **$271,090,724** |
| | | |
| **Total liabilities and stockholders' equity** | | **$389,714,332** |

In re: Emergent Capital, et al. – Debtor

Case No. 20-12602 (BLS)
Reporting Period: December 2020

MOR 4
Status of Post-petition Taxes
For the period December 1, 2020 through December 31, 2020

The above captioned debtors (the "Debtors") hereby submit this attestation regarding Status of Post-petition Taxes in lieu of providing copies of post-petition tax payments and tax returns filed during the reporting period.

I attest that each of the Debtors' taxing authorities have been paid on time when post-petition amounts become due. Also, tax returns are being filed in an orderly and timely fashion in accordance with tax return reporting deadlines.

_____
Signature of Authorized Individual

January 20, 2021
Date

MIRIAM MARTINEZ
Printed Name of Authorized Individual

CFO
Title of Authorized Individual

In re: Emergent Capital, et al. – Debtor

Case No. 20-12602 (BLS)
Reporting Period: December 2020

MOR 5

## DEBTOR QUESTIONNAIRE

|  | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. |  | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. |  | X |
| 3. Have all post petition tax returns been timely filed? If no, provide an explanation below. | X |  |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X |  |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. |  | X |