IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RED REEF ALTERNATIVE INVESTMENTS, LLC and EMERGENT CAPITAL, INC.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-12602 (BLS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 167 and 184** |

# NOTICE OF (I) OCCURRENCE OF EFFECTIVE DATE OF DEBTOR EMERGENT CAPITAL, INC.'S SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION AND (II) BAR DATES FOR FILING CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that on December 30, 2020, the Honorable Brendan L. Shannon, United States Bankruptcy Judge for the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), entered the *Order Confirming Debtor Emergent Capital, Inc.'s Second Amended Chapter 11 Plan of Reorganization* [Docket No. 184] (the "Confirmation Order"). Pursuant to the Confirmation Order, the Bankruptcy Court confirmed the *Debtor Emergent Capital, Inc.'s Second Amended Chapter 11 Plan of Reorganization* [Docket No. 167] (the "Plan").[2]

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on April 7, 2021.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Plan, all Administrative Expense Claims must be filed **within thirty (30) days after the Effective Date**, and served on the Debtor and such other Entities who are designated by the Bankruptcy Rules, the Confirmation Order or other order of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that Professionals or other Entities asserting a Professional Fee Claim for services rendered through the Effective Date must File, **within thirty (30) days after the Effective Date**, and serve on the Debtor, the U.S. Trustee, and such other Entities who are designated by the Bankruptcy Rules, the Confirmation Order or other order of the Bankruptcy Court, an application for final allowance of such Professional Fee Claim.

---

[1] The last four digits of each Debtor's taxpayer identification number are: Red Reef Alternative Investments, LLC (0302) and Emergent Capital, Inc. (3473). The location of the Debtors' service address for purposes of these cases is 1200 North Federal Highway, Suite 200, Boca Raton, FL 33432.

For the avoidance of doubt, Debtor Red Reef Alternative Investments, LLC is not a proponent of the Plan.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Plan.

**PLEASE TAKE FURTHER NOTICE** that, as of the Effective Date, all Executory Contracts and Unexpired Leases of the Debtor were deemed rejected in accordance with, and subject to, the provisions and requirements of sections 365 and 1123 of the Bankruptcy Code, except for those Executory Contracts and Unexpired Leases that:

1. have previously expired or terminated pursuant to their own terms or by agreement of the parties thereto;

2. have been assumed by order of the Bankruptcy Court;

3. are the subject of a motion to assume or motion to reject pending on the Effective Date;

4. are identified on a schedule of assumed contracts in the Plan Supplement; or

5. are assumed pursuant to the terms of the Plan.

**PLEASE TAKE FURTHER NOTICE** that all Proofs of Claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases, pursuant to the Plan or the Confirmation Order, if any, must be Filed with the Bankruptcy Court within thirty (30) days after the Effective Date or such other date set by Final Order.  Any Entity that is required to File a Proof of Claim arising from the rejection of an Executory Contract or an Unexpired Lease that fails to timely do so will be forever barred, estopped and enjoined from asserting such Claim, and such Claim will not be enforceable, against the Debtor or the Estate, and the Debtor and its Estate and property will be forever discharged from any and all indebtedness and liability with respect to such Claim unless otherwise ordered by the Bankruptcy Court or as otherwise provided in the Plan.  All such Claims will, as of the Effective Date, be subject to the permanent injunction set forth in Article XI.C of the Plan.  All claims arising from the rejection of any Executory Contract or Unexpired Lease shall be treated as General Unsecured Claims, subject to any applicable limitation or defense under the Bankruptcy Code and applicable law.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Order and the Plan are available for inspection.  If you would like to obtain a copy of the Confirmation Order or the Plan, you may contact Kurtzman Carson Consultants LLC, the voting agent retained by the Debtor in this chapter 11 case, by: (i) accessing the Debtor's restructuring website at http://www.kcclcc.net/emergent; (ii) calling the voting agent at 888-647-1744 (toll free) or +1 310-751-2628; or (iii) email EmergentInfo@kccllc.com.  Parties may also obtain any documents filed in the chapter 11 case for a fee via PACER at https://deb.uscourts.gov/.

Dated: April 7, 2021               PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Richard M. Pachulski (CA Bar No. 90073)
Maxim B. Litvak (CA Bar No. 215852)
Colin R. Robinson (DE Bar No. 5524)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Tel: (302) 652-4100
Fax: (302) 652-4400
E-mail: rpachulski@pszjlaw.com
          mlitvak@pszjlaw.com
          crobinson@pszjlaw.com

Counsel for Emergent Capital, Inc.