## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| RED REEF ALTERNATIVE INVESTMENTS, | ) Case No. 20-12602 (BLS) |
| LLC and EMERGENT CAPITAL, INC.,[1] | ) |
|  | ) Jointly Administered |
| Debtors. | ) |
|  | ) |

## CERTIFICATE OF SERVICE

I, Colin R. Robinson, hereby certify that on the 21st day of April, 2021, I caused a copy of the document(s) listed below to be served on the individual(s) on the attached service list in the manner indicated:

***Monthly Operating Report for the Period from March 1, 2021- March 31, 2021***

Dated: April 21, 2021

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*

Colin R. Robinson (DE Bar No. 5524)
919 N. Market Street, 17th Floor
P O Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
E-mail: crobinson@pszjlaw.com

*Attorneys for Debtors and Debtors in Possession*

---

[1] The last four digits of each Debtor's taxpayer identification number are:  Red Reef Alternative Investments, LLC (0302) and Emergent Capital, Inc.'s (3473).  The location of the Debtors' service address for purposes of these cases is 1200 North Federal Highway, Suite 200, Boca Raton, FL 33432.

Emergent 2002 Service List EXPEDITED
Case No. 20-12602 (BLS)
Document No. 231086v3
04– First Class Mail
38 – Electronic Mail (Email)


**FIRST CLASS MAIL**

(Convertible Unsecured Notes Trustee)
U.S. Bank National Association
Attention: Corporate Trust
One Federal Street, 10th Floor
Boston, MA  02110

**FIRST CLASS MAIL**

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
2970 Market Street (Zip 19104)
Mail Stop 5-Q30.133
Philadelphia, PA  19101

**FIRST CLASS MAIL**

*(US Trustee)*
Juliet Sarkessian
211 East Meade Street
Philadelphia, PA  19118

**FIRST CLASS MAIL**

U.S. Securities and Exchange Commission
Attn:  Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA  90071-9591

**ELECTRONIC MAIL**

*(Counsel for the Debtors and Debtors in Possession)*
Richard M. Pachulski, Esquire
Maxim B. Litvak, Esquire
Colin R. Robinson, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
PO Box. 8705
Wilmington, DE  19899-8705 (Courier 19801)
Email:  rpachulski@pszjlaw.com;
mlitvak@pszjlaw.com;
crobinson@pszjlaw.com

**ELECTRONIC MAIL**

*(US Trustee)*
Juliet Sarkessian, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street #2207
Lockbox 35
Wilmington, DE  19801
Email: juliet.m.sarkessian@usdoj.gov

**ELECTRONIC MAIL**

Office of the United States Attorney
District of Delaware
Attn: David C. Weiss
Hercules Building
1313 N. Market Street, Suite 400
Wilmington, DE  19801
Email: usade.ecfbankruptcy@usdoj.gov

**ELECTRONIC MAIL**

Delaware Secretary of State
Division of Corporations - Franchise Tax
John G Townsend Building
401 Federal Street, Suite 4
PO Box 898
Dover, DE  19901
Email: DOSDOC_Bankruptcy@state.de.us

**ELECTRONIC MAIL**
Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE  19904
Email: statetreasurer@state.de.us

**ELECTRONIC MAIL**
Securities and Exchange Commission
Sec Headquarters
100 F Street, NE
Washington, DC  20549
Email: SECBankruptcy-OGC-
ADO@SEC.GOV

**ELECTRONIC MAIL**
Securities and Exchange Commission
New York Regional Office
Attn: Mark Berger, Regional Director
200 Vesey St, Ste 400
New York, NY  10281-1022
Email: bankruptcynoticeschr@sec.gov;
NYROBankruptcy@SEC.GOV

**ELECTRONIC MAIL**
(Counsel to the Supporting Senior Secured
Noteholders)
Faegre Drinker Biddle & Reath LLP
Brett D. Fallon, Esquire
222 Delaware Avenue
Suite 1410
Wilmington, DE  19801
Email:  brett.fallon@faegredrinker.com

**ELECTRONIC MAIL**
(Counsel to Senior Secured Notes Trustee)
K&L Gates LLP
Andy Skouvakis, Esquire
Scott E. Waxman, Esquire
Stacey E. Roberts, Esquire
600 N. King Street, Suite 901
Wilmington, DE  19801
Email:  andy.skouvakis@klgates.com;
Scott.Waxman@klgates.com;
Stacey.Roberts@klgates.com

**ELECTRONIC MAIL**
*(DE Counsel to Supporting Convertible
Unsecured Noteholders)*
Young Conaway Stargatt & Taylor, LLP
Matthew B. Lunn, Esquire
Robert F. Poppiti, Jr., Esquire
Rodney Square
1000 North King Street
Wilmington, DE 198901
Email:  mlunn@ycst.com;
rpoppiti@ycst.com

**ELECTRONIC MAIL**
*(Counsel to the Supporting Senior Secured
Noteholders)*
Faegre Drinker Biddle & Reath LLP
James H. Millar, Esquire
Laura E. Appleby, Esquire
Kyle R. Kistinger, Esquire
1177 Avenue of the Americas, 41st Floor
New York, NY  10036
Email:  james.millar@faegredrinker.com ;
laura.appleby@faegredrinker.com;
kyle.kistinger@faegredrinker.com

**ELECTRONIC MAIL**
(Senior Secured Notes Trustee)
Wilmington Trust, N.A., as Indenture
Trustee
Attention: Capital Markets Insurance
Services
300 Park Street, Suite 390
Birmingham, MI  48009
Email:
SpecializedInsurance@wilmingtontrust.com

**ELECTRONIC MAIL**
(Counsel to the Supporting Convertible
Unsecured Noteholders)
Stroock & Stroock & Lavan LLP
Brett Lawrence, Esquire
Matthew G. Garofalo, Esquire
Emily L. Kuznick, Esquire
180 Maiden Lane
New York, NY  10038-4982
Email:  blawrence@stroock.com;
mgarofalo@stroock.com;
ekuznick@stroock.com

**ELECTRONIC MAIL**
(TOP CREDITOR - Counsel to Convertible
Notes Trustee)
Foley & Lardner LLP
Richard J. Bernard, Esquire
90 Park Avenue
New York, NY  10016
Email:  rbernard@foley.com

**ELECTRONIC MAIL**
(Counsel to U.S. Bank National Association,
as Trustee)
Richard J. Bernard, Esq.
Leah Eisenberg, Esq.
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY  10016
Email: rbernard@foley.com;
leisenberg@foley.com

**ELECTRONIC MAIL**
(Counsel to U.S. Bank National Association,
as Trustee)
Joanne Molinaro, Esq.
FOLEY & LARDNER LLP
321 North Clark Street
Suite 3000
Chicago, I L 60654-4762
Email: jmolinaro@foley.com

**ELECTRONIC MAIL**
(Counsel to Phyllis & Allan Pohl, Kimberly
Sheris)
Jonathan B. Butler, Esquire
Ciklin Lubitz
515 N. Flager Drive, 20th Flr.
West Palm Beach FL  33401
Email:  jbutler@ciklinlubitz.com;
service@ciklinlubitz.com

**ELECTRONIC MAIL**
*(Counsel to Wilmington Trust, National
Association, as Indenture Trustee)*
Eric J. Monzo, Esquire
Brya M. Keilson, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Email: emonzo@morrisjames.com;
bkeilson@morrisjames.com

**ELECTRONIC MAIL**
*(Counsel to Wilmington Trust, National
Association, as Indenture Trustee)*
Seth H. Lieberman, Esq.
Patrick Sibley, Esq.
Marie Polito Hofsdal
Pryor Cashman LLP
7 Times Square
New York, NY 10036
Email: slieberman@pryorcashman.com;
psibley@pryorcashman.com;
mhofsdal@pryorcashman.com

**ELECTRONIC MAIL**
(Attorneys for Creditor Mimesis Capital
Partners LLC)
Jeffrey Chubak
AMINI LLC
131 West 35th Street, 12th Floor
New York, NY  10001
Email: jchubak@aminillc.com

**ELECTRONIC MAIL**
(Counsel to Allan J. Pohl Litigations
Claimants, and Kimberly Seris)
FOWLER WHITE BURNETT, P.A.
Eric A. Rosen, Esquire
Northbridge Centre
515 North Flagler Drive, Suite 2100
West Palm Beach, FL  33401
Email: erosen@fowler-white.com

**ELECTRONIC MAIL**
(Counsel to Allan J. Pohl Litigation
Claimants, and Kimberly Seris)
Frederick B. Rosner, Esquire
Jason A. Gibson, Esquire
THE ROSEN LAW GROUP, LLC
824 N. Market St., Suite 810
Wilmington, DE  19801
Email: rosner@teamrosner.com;
gibson@teamrosner.com