# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) |
| RED REEF ALTERNATIVE INVESTMENTS, LLC and EMERGENT CAPITAL, INC., | ) Case No. 20-12602 (BLS) <br> ) <br> ) Jointly Administered |
| Debtors. | ) |
| In re: | ) Chapter 11 <br> ) |
| IMPERIAL PREMIUM FINANCE, LLC, | ) Case No. 20-12694 (BLS) <br> ) |
| Debtor. | ) |

## ORDER SCHEDULING OMNIBUS HEARING DATE

IT IS HEREBY ORDERED, that the following omnibus hearing date has been scheduled in the above-captioned matter:

**DATE**           **TIME**

June 16, 2021      9:00 a.m. (Eastern Time) (Omnibus Hearing)

**Dated: May 7th, 2021**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:234207.1 23629/002