# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RED REEF ALTERNATIVE INVESTMENTS, LLC and EMERGENT CAPITAL, INC., | ) ) ) | Case No. 20-12602 (BLS) |
| | ) | Jointly Administered |
| Debtors. | ) ) | |
| In re: | ) ) | Chapter 11 |
| | ) | |
| IMPERIAL PREMIUM FINANCE, LLC, | ) ) | Case No. 20-12694 (BLS) |
| | ) | |
| Debtor. | ) | |

## ORDER SCHEDULING OMNIBUS HEARING DATE

IT IS HEREBY ORDERED, that the following omnibus hearing date has been scheduled in the above-captioned matter:

**DATE**          **TIME**

July 29, 2021       1:30 p.m. (Eastern Time) (Omnibus Hearing)

**Dated: June 23rd, 2021**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:234207.2 23629/002