# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 7/27/2021 |
| Case: 20−12602−BLS | Form ID: pdfodc | Total: 118 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | |
|---|---|
| aty | Pachulski Stang Ziehl & Jones LLP |
| aty | Kelley Drye & Warren LLP |
| op | RSM US, LLP |
| aty | Curtis, Mallet−Prevost, Colt & Mosle LLP |
| aty | Winston & Strawn LLP |
| 15169860 | DOCS_LA:333137.1 23629/001 |
| 15169859 | DOCS_LA:333137.1 23629/0012 |

TOTAL: 7

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| trans | Reliable Companies | gmatthews@reliable−co.com |
| op | Kurtzman Carson Consultants LLC | info@kccllc.com |
| aty | Albert Kass | ECFpleadings@kccllc.com |
| aty | Brett D. Fallon | brett.fallon@faegredrinker.com |
| aty | Brya Michele Keilson | bkeilson@morrisjames.com |
| aty | Colin R. Robinson | crobinson@pszjlaw.com |
| aty | Emily Kuznick | ekuznick@stroock.com |
| aty | Eric J. Monzo | emonzo@morrisjames.com |
| aty | James S. Carr | KDWBankruptcyDepartment@kelleydrye.com |
| aty | Jason A. Gibson | gibson@teamrosner.com |
| aty | Jeffrey Chubak | jchubak@aminllc.com |
| aty | Jonathan B Butler | jbutler@ciklinlubitz.com |
| aty | Juliet M. Sarkessian | juliet.m.sarkessian@usdoj.gov |
| aty | Marie Hofsdal | mhofsdal@pryorcashman.com |
| aty | Matthew Barry Lunn | bankfilings@ycst.com |
| aty | Maxim B. Litvak | mlitvak@pszjlaw.com |
| aty | Patrick Sibley | psibley@pryorcashman.com |
| aty | Richard J. Bernard | richard.bernard@faegredrinker.com |
| aty | Seth H. Lieberman | slieberman@pryorcashman.com |

TOTAL: 20

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Emergent Capital, Inc. | 1200 North Federal Highway    Suite 200    Boca Raton, FL 33432 |
| cr | Ad Hoc Group of Senior Secured Noteholders | c/o Faegre Drinker Biddle & Reath LLP    1177 Avenue of the Americas, 41st Fl    New York, NY 10036 |
| aty | Brett Lawrence | Stroock & Stroock & Lavan LLP    180 Maiden Lane    New York, NY 10038−4982 |
| aty | Carol W. Sherman | Kelley Drye & Warren LLP    101 Park Avenue    New York, NY 10178 |
| aty | Gabriel Hertzberg | Curtis, Mallet−Prevost, Colt & Mosle LLP    101 Park Avenue    New York, NY 10178 |
| aty | James H. Millar | Faegre Drinker Biddle & Reath LLP    1177 Avenue of the Americas    New York, NY 10036−2714 |
| aty | Konstantinos (Dean) Katsionis | Kelley Drye & Warren LLP    101 Park Avenue    New York, NY 10178 |
| aty | Kyle R. Kistinger | Faegre Drinker Biddle & Reath LLP    1177 Avenue of the Americas, 41st Fl    New York, NY 10036 |
| aty | Laura E. Appleby | Faegre Drinker Biddle & Reath    1177 Avenue of the Americas, 41st Fl    New York, NY 10036 |
| aty | Matthew Garofalo | Stroock & Stroock & Lavan LLP    180 Maiden Lane    New York, NY 10038 |
| aty | Richard M. Pachulski | Pachulski Stang Ziehl & Jones LLP    150 California Street    15th Floor    San Francisco, CA 94111 |
| aty | Robert F. Poppiti, Jr. | Young, Conaway, Stargatt & Taylor, LLP    1000 North King Street    Wilmington, DE 19801 |
| 15396146 | AIG Property Casualty, Inc. | 80 Pine Street, 13th Floor    New York, NY 10005 |
| 15301569 | Allan J. Pohl and Kimberly Sheris | 515 N. Flagler Drive    Suite 2100    West Palm Beach, FL 33401 |
| 15169801 | Arlean Lee | 2625 SW 133rd Avenue    Miramar FL 33027−3882 |
| 15169803 | BMM Capital LLC | 200 E 94th St, Apt PH5    New York City, NY 10128 |
| 15169802 | Band & Co | 1555 N. Rivercenter Drive    Suite 302    Milwaukee, WI 53212 |
| 15169804 | Brennan Opportunities Fund I LP | 1 Sea Breeze Court    Napa, CA 94559 |
| 15169805 | CEDE & CO (Fast Account) | PO Box 20    Bowling Green Station    New York, NY 10004 |
| 15169806 | Convertible Unsecured Notes Trustee | U.S. Bank National Association    Attention: Corporate Trust    One Federal Street, 10th Floor    Boston, MA 2110 |
| 15169807 | Counsel to the Senior Secured Notes Trustee | K&L Gates LLP    Andy Skouvakis, Scott E. Waxman    Stacey E. Roberts    600 N. King Street, Suite 901    Wilmington, DE 19801 |
| 15169808 | Counsel to the Supporting Convertible Unsecured No | Stroock & Stroock & Lavan LLP    Brett Lawrence, Esq.    Matthew G. Garofalo, Esq.    180 Maiden Lane    New York, NY 10038−4982 |

| | | |
|---|---|---|
| 15169810 | Counsel to the Supporting Senior Secured Noteholde | Faegre Drinker Biddle & Reath LLP    Brett D. Fallon    222 Delaware Avenue    Suite 1410    Wilmington, DE 19801 |
| 15169809 | Counsel to the Supporting Senior Secured Noteholde | Faegre Drinker Biddle & Reath LLP    James H. Millar, Esq.    Laura E. Appleby, Esq.    1177 Avenue of the Americas, 41st Floor    New York, NY 10036 |
| 15169811 | Counsel to theConvertible Unsecured Notes Trustee | Foley & Lardner LLP    Richard J. Bernard, Esq.    90 Park Avenue    New York, NY 10016 |
| 15169812 | Covington & Burling LLP    Jason Raofield    One CityCenter    850 Tenth Street, NW    Washington, DC 20001–4956 | |
| 15169813 | David Haring    10048 Cielo Drive    Beverly Hills, CA 90210 | |
| 15169814 | David Haring    East Lyford Lane 7776    Nassau, Bahamas, | |
| 15169815 | David Sasso    4320 NE 16th Avenue    Oakland Park, FL 33334 | |
| 15169568 | Delaware State Treasury    820 Silver Lake Blvd., Suite 100    Dover, DE 19904 | |
| 15345412 | Edward Scharfenberg    Law Office of Edward Scharfenberg, LLC    111 West Jackson Blvd.    Suite 1700    Chicago, IL 60604 | |
| 15344969 | Emergent Capital, Inc.    5431 NW 21st Avenue    Boca Raton, FL. 33496    Boca Raton, FL 33496 | |
| 15169816 | Evermore Global Value Fund    89 Summit Avenue    3rd Floor    Summit, NJ 07901 | |
| 15169817 | FFI Holdings PLC    15 Conduit Street    London, England, W1S 2XJ, | |
| 15169818 | Film Finances, Inc.    9000 Sunset Boulevard, Suite 1400    Los Angeles, CA 90069 | |
| 15169819 | First National Bank    1835 N. Valley Mills Dr.    Waco, TX 76710–2662 | |
| 15169820 | Gary Arnold    19030 Skyridge Circle    Boca Raton, FL 33498–6223 | |
| 15169821 | Gerald Hellerman    5431 NW 21st Avenue    Boca Raton, FL 33496–3446 | |
| 15169822 | Harvey Werblowsky    Emergent Capital, Inc.    1200 North Federal Hwy    Suite 200    Boca Raton, FL 33432 | |
| 15169567 | Internal Revenue Service    P. O. Box 7346    Philadelphia, PA 19101–7346 | |
| 15169823 | Internal Revenue Service    PO Box 7346    Philadelphia, PA 19101–7346 | |
| 15169824 | Investco 1 LLC    204 Woodhew Drive    Woodway, TX 76712 | |
| 15169825 | Ironsides Partners Special Situations Master Fund    Guland House    Grand Cayman KY1–1104    Cayman Islands, | |
| 15396258 | Jade Mountain Partners, LLC    400 Madison Avenue, 17th Floor    New York, NY 10017 | |
| 15169826 | James G. Wolf    105 Flyway Drive    Kiawah Island, SC 29455 | |
| 15169827 | James Hua    Opal Advisors    500 108th Avenue NE    11th Floor    Bellevue, WA 98004 | |
| 15169828 | Joe Sarachek / JSARCO, LLC    c/o Kelley Drye & Warren LLP    101 Park Avenue    New York, NY 10178 | |
| 15169829 | Jonathan B. Butler, Esq.    Ciklin Lubitz    515 N. Flagler Drive, 20th Floor    West Palm Beach, FL 33401 | |
| 15169830 | Joseph E. Sarachek    22 Harvest Drive    Scarsdale, NY 10583 | |
| 15169831 | Kerry Far Eastern Investments Limited    Commence Chambers    P.O. Box 2208    Road Town Tortola, BVI, | |
| 15169508 | MASSACHUSETTS DEPARTMENT OF REVENUE    MASS. DEPT. OF REVENUE ATTN: BANKRUPTCY UNIT    P.O. Box 9564    Boston, MA 02114–9564 | |
| 15169832 | Matthew D. Houk    Horizon Kinetics LLC    470 Park Avenue South    New York, NY 10016 | |
| 15169833 | Matthew Epstein    Evermore Global    89 Summit Avenue    3rd Floor    Summit, NJ 07901 | |
| 15300009 | Mediant Communications Inc.    Finance Dept.    400 Regency Forest Drive, Suite 200    Cary, NC 27518 | |
| 15169834 | Mimesis Capital Partners LLC    Adam Kalkin    40 Quimby Lane    Bernardsville, NJ 07924 | |
| 15169835 | Miriam Martinez    Emergent Capital, Inc.    1200 North Federal Hwy    Suite 200    Boca Raton, FL 33432 | |
| 15791419 | NJ Division of Taxation    PO Box 245    Trenton, NJ 08695–0245 | |
| 15169838 | NYROY* Acct # 1514    c/o Royal Bank of Canada – Portfolio Ser    Attention: Portfolio Service Group    200 Vesey Street, 14th Floor    New York, NY 10281–8098 | |
| 15169836 | Nelson Mullins Riley & Scarborough LLP    Steven Ellison    One North Clematis Street, Suite 500    West Palm Beach, FL 33401 | |
| 15169837 | New York State Nurses Association Pension Plan    P.O. Box 12430    Albany, NY 12212 | |
| 15169839 | Office of the United States Trustee    J. Caleb Boggs Federal Building    844 N. King Street #2207    Wilmington, DE 19801 | |
| 15169840 | Opal Sheppard Opportunities Fund I LP    40 Lake Bellevue Drive    Suite 245    Bellevue, WA 98005 | |
| 15396257 | Palomino JV GP Limited    c/o Jade Mountain Partners, LLC    400 Madison Avenue, 17th Floor    New York, NY 10017 | |
| 15396250 | Palomino JV, L.P.    c/o Jade Mountain Partners, LLC    400 Madison Avenue, 17th Floor    New York, NY 10017 | |
| 15169841 | Pat Curry / PJC Investments, LLC    204 Woodhew Drive    Woodway, TX 76712 | |
| 15169842 | Patrick Brennan    Brennan Asset Management, LLC    1 Sea Breeze Court    Napa, CA 94559 | |
| 15344926 | Patrick J. Curry    204 Woodhew Drive    Woodway, TX 76612 | |
| 15396142 | Phillip Goldstein    60 Heritage Drive    Pleasantville, NY 10570 | |
| 15169843 | RCK Holdings LLC    c/o Ironsides Partners LLC    100 Summer Street    Suite 2705    Boston, MA 2110 | |
| 15169849 | RSM US LLP    Kesh Iyer & Kenton Thompson    300 S. Tyron Street    Suite 1500    Charlotte, NC 28202 | |
| 15169844 | Reed Smith LLP    Casey D. Laffey, Esq.    599 Lexington Avenue    29th Floor    New York, NY 10022 | |
| 15169845 | Regents of the University of Michigan    5082 Wolverine Tower    3003 S. State Street    Ann Arbor, MI 48109–1287 | |
| 15169846 | Rob Fink    34 Wotton Road    Essex Fells, NJ 07021 | |
| 15345413 | Robert C. Knapp    100 Summer Street    Suite 2705    Boston, MA 02110 | |
| 15169847 | Robert C. Knapp    Ironside Partners, LLC    100 Summer Street    Suite 2705    Boston, MA 02110 | |

| | | | | | |
|---|---|---|---|---|---|
| 15169848 | Roy J. Patterson | River City Management, LLC | 13616 California Street | Suite 110 | Omaha, NE 68154 |
| 15169854 | SMT Nominees (UK) Limited Client A/C FREYCOR | 1st Floor | 155 Bishopsgate | London EC2M 3XU UK, | |
| 15169569 | Secretary of State | Division of Corporations | Franchise Tax | P.O. Box 898 | Dover, DE 19903 |
| 15169565 | Securities & Exchange Commission | 100 F Street, NE | Washington, DC 20549 | | |
| 15169566 | Securities & Exchange Commission | New York Regional Office | Attn: Mark Berger, Regional Director | Brookfield Place | 200 Vesey Street, Suite 400    New York, NY 10281–1022 |
| 15169850 | Senior Secured Notes Trustee | Wilmington Trust, N.A., as Indenture Tru | Attention: Capital Markets Insurance Ser | 300 Park Street, Suite 390 | Birmingham, Michigan 48009 |
| 15169851 | Sirius International Insurance Corp | Birger Jarlsgatan 57B | SE–113 96 Stockholm | Sweden, | |
| 15169852 | Sirius International Insurance Corp. (publ) (a/c x | Birger Jarlsgatan 57B | SE–113 96 Stockholm | Sweden, | |
| 15169853 | Sirius International Insurance Corp. (publ) (a/c x | Birger Jarlsgatan 57B | SE–113 96 Stockholm | Sweden, | |
| 15169855 | The Regents of the University of Michigan | 890 Summit Avenue | Summit, NJ 07901 | | |
| 15299318 | U. S. Bank National Association | Richard Bernard | Foley & Lardner LLP | 90 Park Avenue | New York, NY 10016 |
| 15169856 | U.S. Securities and Exchange Commission | Attn: Bankruptcy Counsel | 444 South Flower Street, Suite 900 | Los Angeles, CA 90071–9591 | |
| 15396255 | White Eagle Asset Portfolio, LP | c/o Jade Mountain Partners, LLC | 400 Madison Avenue, 17th Floor | New York, NY 10017 | |
| 15301570 | Wilmington Trust, National Association, as Indentu | Pryor Cashman LLP Attn: Seth Lieberman | 7 Times Square | New York, NY 10036 | |
| 15169857 | Winston & Strawn LLP | 35 W. Wacker Drive | Chicago, IL 60601–9703 | | |
| 15169858 | Young Conaway Stargatt & Taylor, LLP | Matthew B. Lunn, Esq. | Rodney Square | 1000 North King Street | Wilmington, DE 198901 |

TOTAL: 91