# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RED REEF ALTERNATIVE INVESTMENTS, LLC and EMERGENT CAPITAL, INC.,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 20-12602 (BLS)<br><br>Jointly Administered |
| In re:<br><br>IMPERIAL PREMIUM FINANCE, LLC,[2]<br><br>                Debtor. | Chapter 11<br><br>Case No. 20-12694 (BLS) |

**NOTICE OF DISMISSAL OF CHAPTER 11 CASES OF RED REEF ALTERNATIVE INVESTMENTS, LLC AND IMPERIAL PREMIUM FINANCE, LLC**

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On July 27, 2021, the Bankruptcy Court entered an order (Case No. 20-12602, Docket No. 223; Case No. 20-12601, Docket No. 6 and 20-12694, Docket No. 59) (the "Dismissal Order") approving the dismissal of the chapter 11 cases of Red Reef Alternative Investments, LLC (Case No. 20-12601 (BLS)), and Imperial Premium Finance, LLC (Case No. 20-12694 (BLS)) (collectively, the "Dismissed Debtors").

2. A copy of the Dismissal Order may be found at the Bankruptcy Court's website (PACER charges apply) www.deb.uscourts.gov.

---

[1] The last four digits of each Debtor's taxpayer identification number are: Red Reef Alternative Investments, LLC (0302) and Emergent Capital, Inc. (3473). The location of the Debtors' service address for purposes of these cases is 1200 North Federal Highway, Suite 200, Boca Raton, FL 33432.

[2] The last four digits of the Debtor's taxpayer identification number are: Imperial Premium Finance, LLC (4007). The location of the Debtors' service address for purposes of these cases is 1200 North Federal Highway, Suite 200, Boca Raton, FL 33432.

3. All prior orders entered by the Bankruptcy Court in the Dismissed Debtors' cases, or affecting the Dismissed Debtors, to remain in full force and effect, notwithstanding the dismissal of these cases.

Dated: August 9, 2021            PACHULSKI STANG ZIEHL & JONES LLP

                                       */s/ Colin R. Robinson*
                                       Richard M. Pachulski (CA Bar No. 62337)
                                       Maxim B. Litvak (CA Bar No. 215852)
                                       Colin R. Robinson (DE Bar No. 5524)
                                       919 North Market Street, 17th Floor
                                       P.O. Box. 8705
                                       Wilmington, Delaware 19899-8705 (Courier 19801)
                                       Telephone: (302) 652-4100
                                       Facsimile: (302) 652-4400
                                       E-mail:    rpachulski@pszjlaw.com
                                                         mlitvak@pszjlaw.com
                                                         crobinson@pszjlaw.com

*Counsel for the Debtors*