# EXHIBIT B

## Declaration of Miriam Martinez

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| RED REEF ALTERNATIVE INVESTMENTS, LLC and | ) Case No. 20-12602 (BLS) |
| EMERGENT CAPITAL, INC.,[1] | ) Jointly Administered |
| Debtors. | ) |

**DECLARATION OF MIRIAM MARTINEZ IN SUPPORT OF DEBTOR, EMERGENT CAPITAL, INC.'S FIRST (SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN NO LIABILITY CLAIMS**

Miriam Martinez makes this Declaration pursuant to U.S.C. § 1746:

1. I served as the Debtor's Chief Financial Officer and was designated as the Plan Agent for the Debtor pursuant to *Debtor Emergent Capital, Inc.'s Second Amended Chapter 11 Plan of Reorganization* [Docket No. 167] and *Plan Supplement* [Docket No. 143].

2. I submit this declaration (the "Declaration") in support of the *Debtor Emergent Capital, Inc.'s First (Substantive) Omnibus Objection To Certain No Liability Claims* (the "Omnibus Objection").[2]

3. All statements in this Declaration are based upon my personal knowledge, my review (or the review of others under my supervision) of (a) business books and records kept by the Debtor in the ordinary course of business, (b) the relevant Proofs of Claim, (c) the Schedules, and/or (d) the official Claims Register filed in the Debtor's case.

---

[1] The last four digits of each Debtor's taxpayer identification number are: Red Reef Alternative Investments, LLC (0302) and Emergent Capital, Inc. (3473). The location of the Debtors' service address for purposes of these cases is 1200 North Federal Highway, Suite 200, Boca Raton, FL 33432.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Omnibus Objection.

2

4. Pursuant to the Plan, the Debtor was authorized to, among other things, file, withdraw, or litigate to judgment objections to Claims or Equity Interests. (*See* Plan, Art. VIII.A.)

5. The Proofs of Claim subject to the Omnibus Objection were carefully reviewed and analyzed in good faith using due diligence by myself and the appropriate personnel of the Debtor. These efforts resulted in identifying the No Liability Claims identified in **Schedule 1** to **Exhibit A** attached to the Omnibus Objection.

6. Based upon a careful review and analysis of the Debtor's books and records, the Schedules, and the claims register, the Debtor has determined that there are no obligations currently due and owing on the No Liability Claims, and there is no evidence that indicates the claimants hold a claim against the Debtor. Therefore, the No Liability Claims fail to establish a legal or factual basis on which the Debtor is liable.

7. Given that there is no valid legal justification for asserting such No Liability Claims against the Debtor, failure to expunge and disallow the No Liability Claims will result in claims that have been improperly asserted against the Debtor to remain on the claims register and in creditors receiving improper recoveries on account of those claims.

8. Based on the foregoing, and to the best of my knowledge, information and belief, the information contained in the Omnibus Objection and the exhibits and schedules attached thereto is true and accurate.

9. Accordingly, to ensure the accuracy of the Claims Register, the Debtor requests that the Court disallow and expunge the No Liability Claims listed on **Schedule 1** to **Exhibit A** to the Omnibus Objection.

2

3

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  August 10, 2021

By:   */s/ Miriam Martinez*
      Miriam Martinez
      Plan Agent

3