IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RED REEF ALTERNATIVE INVESTMENTS, LLC and EMERGENT CAPITAL, INC.,[1]<br><br>　　　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-12602 (BLS)<br><br>Jointly Administered<br>**Ref. Docket No. 227** |

### ORDER APPROVING STIPULATIONS RESOLVING DEBTOR EMERGENT CAPITAL, INC.'S FIRST (SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN NO LIABILITY CLAIMS

Upon the *First (Substantive) Omnibus Objection To Certain No Liability Claims*, dated August 10, 2021 (the "Objection"),[2] of reorganized debtor, Emergent Capital, Inc. in the above-captioned chapter 11 case (the "Debtor"), pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for entry of an order disallowing and expunging certain Proofs of Claim, all as more fully set forth in the Objection; and upon consideration of the Martinez Declaration; and upon consideration of the stipulations between the Debtor and claimants Phillip Goldstein, Gerald Hellerman, and Gilbert Nathan attached hereto as Exhibits A, B and C (collectively, the "Stipulations"); and this Court having jurisdiction to consider the Objection and the relief

---

[1] The last four digits of each Debtor's taxpayer identification number are: Red Reef Alternative Investments, LLC (0302) and Emergent Capital, Inc. (3473). The location of the Debtors' service address for purposes of these cases is 1200 North Federal Highway, Suite 200, Boca Raton, FL 33432.

[2] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and consideration of the Objection and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and this Court having reviewed the Objection and the Stipulations; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The stipulation with Phillip Goldstein, attached hereto as **Exhibit A**, is hereby approved.

2. The stipulation with Gerald Hellerman, attached hereto as **Exhibit B**, is hereby approved.

3. The stipulation with Gilbert Nathan, attached hereto as **Exhibit C**, is hereby approved.

4. The Debtor and the Debtor's claims and noticing agent, Kurtzman Carson Consultants LLC, and the Clerk of this Court are authorized to take all steps necessary or appropriate to carry out this Order.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: September 28th, 2021**
**Wilmington, Delaware**

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE